UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SPECIAL SITUATIONS FUND III QP, L.P., Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

MARRONE BIO INNOVATIONS, INC., et al.,

Defendants.

No. 2:14-cv-02571-MCE-KJN

**ORDER**

Upon consideration of Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Shawn A. Williams, Willow E. Radcliffe and Daniel J. Pfefferbaum of Robbins Geller Rudman & Dowd LLP are hereby withdrawn as counsel of record. The Clerk of the Court is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List.

IT IS SO ORDERED.

Dated: March 3, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT