**LOWENSTEIN SANDLER LLP**
Michael J. McGaughey (198617)
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 415-288-4545
Fax: 415-288-4534
mmcgaughey@lowenstein.com

*Counsel for Lead Plaintiffs Special Situations*
    *Fund III QP, L.P. and Special Situations*
    *Cayman Fund, L.P.*

(*Additional Counsel on Signature Page*)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., AND SPECIAL SITUATIONS CAYMAN FUND, L.P, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER and SHAUGN STANLEY,<br><br>Defendants. | Master File No.: 2:14-cv-2571-MCE-KJN<br><br>Chief Judge Morrison C. England, Jr.<br><br>CONSOLIDATED CLASS ACTION<br><br>**STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF CONSOLIDATED CLASS ACTION COMPLAINT, (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S) AND (3) CONTINUING REQUIREMENT FOR SUBMISSION OF DISCOVERY PLAN** |

(*caption continued on the following page*)

---

| | |
|---|---|
| 1 | JOANN N. MARTINELLI, Individually and ) |
| 2 | On Behalf of All Others Similarly Situated, ) |
| | ) |
| 3 | Plaintiff, ) |
| 4 | ) |
| | vs. ) |
| 5 | ) |
| 6 | MARRONE BIO INNOVATIONS, INC., ) |
| | PAMELA G. MARRONE, DONALD J. ) |
| 7 | GLIDEWELL, and JAMES B. BOYD, ) |
| | ) |
| 8 | Defendants. ) |
| 9 | ) |

| | |
|---|---|
| 10 | PAUL SAUSMAN, Individually and On ) |
| | Behalf of All Others Similarly Situated, ) |
| 11 | ) |
| | Plaintiff, ) |
| 12 | ) |
| 13 | vs. ) |
| | ) |
| 14 | MARRONE BIO INNOVATIONS, INC., ) |
| | PAMELA G. MARRONE, DONALD J. ) |
| 15 | GLIDEWELL, and JAMES B. BOYD, ) |
| 16 | ) |
| | Defendants. ) |
| 17 | ) |

(*caption continued on the following page*)

---

STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF CONSOLIDATED CLASS ACTION COMPLAINT, (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S) AND (3) CONTINUING REQUIREMENT FOR SUBMISSION OF DISCOVERY PLAN
MASTER FILE NO. : 2:14-CV-2571-MCE-KJN

| | |
|---|---|
| SUSCHIA CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, DONALD J. GLIDEWELL, and JAMES B. BOYD,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| KENT OLDHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>MARRONE BIO INNOVATIONS, INC., JAMES B. BOYD, DONALD J. GLIDEWELL, PAMELA G. MARRONE, RANJEET BHATIA, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, RICHARD ROMINGER, SEAN SCHICKEDANZ, SHAUGN STANLEY, PIPER JAFFRAY & CO., STIFEL, NICOLAUS & COMPANY, INCORPORATED, ROTH CAPITAL PARTNERS, LLC, and JEFFERIES LLC,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P. ("Lead Plaintiffs") and Defendants Marrone Bio Innovations, Inc. ("MBII"), Pamela G. Marrone, James B. Boyd, Donald J. Glidewell, Hector Absi, Elin Miller, Ranjeet Bhatia, Pamela Contag, Tim Fogarty, Lawrence Hough, Joseph Hudson, Les Lyman, Richard

STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF CONSOLIDATED CLASS ACTION COMPLAINT, (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S) AND (3) CONTINUING REQUIREMENT FOR SUBMISSION OF DISCOVERY PLAN
MASTER FILE NO. : 2:14-CV-2571-MCE-KJN

Rominger, Shaugn Stanley, and Sean Schickedanz (collectively, "Defendants"), by and through their respective counsel hereby recite and stipulate, subject to the approval of the Court, the following as concerns (1) the filing of a consolidated class action complaint ("Consolidated Complaint"), (2) the briefing schedule for any responsive motions and (3) continuing the date by which the parties must file a Fed. R. Civ. P. 26(f) discovery plan.

## RECITALS

WHEREAS Lead Plaintiffs filed a class action complaint on November 3, 2014 [Docket No. 1], alleging that Defendants engaged in conduct that violates the federal securities laws, specifically Sections 11 and 15 of the Securities Act of 1933 and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS certain claims in this action are subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

WHEREAS counsel for Defendants accepted service of the initial complaint on Defendants' behalf, and the parties entered into a stipulation continuing the date by which Defendants must answer or otherwise respond to the complaint until after the Court issued an order pursuant to the PSLRA appointing lead plaintiff(s) and lead counsel [Docket No. 13];

WHEREAS the parties further stipulated that counsel for Defendants would meet and confer with the Court-appointed lead counsel within twenty (20) days following the Court's order appointing lead plaintiff(s) and lead counsel, to determine (i) whether the lead plaintiff(s) will file a Consolidated Complaint, (ii) establish a common response date for all defendants, including a briefing schedule on anticipated motions to dismiss, and (iii) establish a date by which to provide the Court with a Joint Status Report;

WHEREAS, by Order dated February 13, 2015 [Docket No. 18], this Court consolidated the actions denominated as *Martinelli v. Marrone Bio Innovations, Inc.*, No. 2:14-cv-2055-MCE-KJN, *Sausman v. Marrone Bio Innovations, Inc.*, No. 2:14-cv-2072-MCE-KJN, *Chen v. Marrone Bio Innovations, Inc.*, 2:14-cv-2105-MCE-KJN, *Oldham v. Marrone Bio Innovations, Inc.*, 2:14-cv-2130-MCE-KJN, and *Special Situations Fund III QP, L.P. v. Marrone Bio*

1  *Innovations, Inc.*, No. 2:14-cv-2571-MCE-KJN, designating No. 2:14-cv-2571 as the Master
2  File and administratively closing all other of the consolidated cases;
3      WHEREAS, by that same Order, the Court appointed Special Situations Fund III QP,
4  L.P. and Special Situations Cayman Fund, L.P. as Lead Plaintiffs, and Lowenstein Sandler LLP
5  as Lead Counsel;
6      WHEREAS the Court issued an Order Requiring Joint Status Report [Docket No. 22],
7  which directs the parties to submit a Joint Status Report that includes, among other things, a
8  discovery plan pursuant to Fed. R. Civ. Proc. 26(f);
9      WHEREAS, on February 4, 2015, MBII announced that its Audit Committee
10 investigation of certain revenue recognition issues is substantially complete, and that MBII's
11 management is evaluating the necessity, nature and scope of any restatements to certain of its
12 financial statements previously filed with the Securities and Exchange Commission ("SEC")
13 (the "Financial Statement Review");
14     WHEREAS the Financial Statement Review may significantly impact the content of the
15 allegations in the Consolidated Complaint;
16     WHEREAS, on January 27, 2015, MBII received an extension from The NASDAQ
17 Stock Market LLC ("NASDAQ") granting it until May 13, 2015 to file any delinquent periodic
18 financial reports and regain compliance with NASDAQ listing requirements;
19     WHEREAS Lead Plaintiffs intend to file a Consolidated Complaint, and Defendants
20 have indicated that they intend to move to dismiss the Consolidated Complaint pursuant to Fed.
21 R. Civ. Proc. 12;
22     WHEREAS, pursuant to the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), all discovery in this
23 consolidated class action will be automatically stayed by operation of law should the
24 Defendants move to dismiss the Consolidated Complaint;
25     WHEREAS, although Lead Plaintiffs may properly file the Consolidated Complaint at
26 any time, undersigned counsel agree that the interests of justice would be best served by an
27 order directing Lead Plaintiffs to file the Consolidated Complaint after MBII announces the
28
STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF CONSOLIDATED CLASS ACTION COMPLAINT, (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S) AND (3) CONTINUING REQUIREMENT FOR SUBMISSION OF DISCOVERY PLAN
MASTER FILE NO. : 2:14-CV-2571-MCE-KJN

1  results of the Financial Statement Review, so as to avoid the expense and delay that would be
2  incurred by further amending the Consolidated Complaint should the Financial Statement
3  Review result in any restatement while Defendants' anticipated motion(s) to dismiss are being
4  briefed;

5        WHEREAS the undersigned counsel further agree that the interests of justice and
6  judicial economy would be best served by an order continuing the date by which the parties
7  must submit a Rule 26(f) discovery plan in this PSLRA case until after the Court has decided all
8  motions filed by Defendants in response to the Consolidated Complaint.

9  **STIPULATION**

10        THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Lead Plaintiffs and
11  Defendants, through their respective counsel of record, as follows:

12      1.    Lead Plaintiffs shall file and serve the Consolidated Complaint no later than
13  thirty (30) days after MBII announces the results of the Financial Statement Review. If MBII
14  does not announce the results of the Financial Statement Review by May 13, 2015, Lead
15  Plaintiffs shall file and serve the Consolidated Complaint no later than June 1, 2015.

16      2.    Defendants shall file and serve any responsive pleading(s) or motion(s) to
17  dismiss no later than forty-five (45) days after the filing and service of the Consolidated
18  Complaint.

19      3.    If a motion to dismiss is filed, Lead Plaintiffs shall file and serve their opposition
20  brief(s) no later than forty-five (45) days after Defendants file and serve their motion(s) to
21  dismiss.

22      4.    Defendants shall file and serve their reply(ies) in further support of the motion(s)
23  to dismiss no later than twenty-one (21) days after Lead Plaintiffs file and serve their opposition
24  brief(s).

25      5.    In the event Defendants' motion(s) to dismiss are denied in whole or in part,
26  Lead Plaintiffs and Defendants shall meet and confer within forty-five (45) days of the Court's
27  disposition of Defendants' motion(s) to dismiss to address the discovery-related topics set forth

28
STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF CONSOLIDATED CLASS ACTION COMPLAINT, (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S) AND (3) CONTINUING REQUIREMENT FOR SUBMISSION OF DISCOVERY PLAN
MASTER FILE NO. : 2:14-CV-2571-MCE-KJN

in the Court's Order Requiring Joint Status Report and will thereafter submit to the Court a Rule 26(f) discovery plan consistent with that Order.

DATED: April 7, 2015             **LOWENSTEIN SANDLER LLP**

By: ___/s/ Michael J. McGaughey_____
     Michael J. McGaughey
     Lowenstein Sandler LLP
     390 Lytton Avenue
     Palo Alto, CA 94301
     Telephone: 415-288-4545
     Fax: 415-288-4534
     mmcgaughey@lowenstein.com

     Lawrence M. Rolnick (*pro hac vice*)
     Steven M. Hecht (*pro hac vice*)
     Thomas E. Redburn, Jr. (*pro hac vice*)
     Lowenstein Sandler LLP
     1251 Avenue of the Americas
     New York, NY 10020
          -and-
     65 Livingston Avenue
     Roseland, NJ 07068
     Telephone: 212-262-6700
     Fax: 973-597-2400
     lrolnick@lowenstein.com
     shecht@lowenstein.com
     tredburn@lowenstein.com

     *Counsel for Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P.*

**MORRISON & FOERSTER LLP**

By: ___/s/ Judson E. Lobdell_____
     (as authorized on April 7, 2015)
     Judson E. Lobdell
     Jordan Eth
     Morrison & Foerster LLP
     425 Market Street

STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF CONSOLIDATED CLASS ACTION COMPLAINT, (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S) AND (3) CONTINUING REQUIREMENT FOR SUBMISSION OF DISCOVERY PLAN
MASTER FILE NO. : 2:14-CV-2571-MCE-KJN

San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522

*Counsel for Defendants Marrone Bio Innovations, Inc., Pamela G. Marrone, James B. Boyd, Donald J. Glidewell, Elin Miller, Ranjeet Bhatia, Pamela Contag, Tim Fogarty, Lawrence Hough, Joseph Hudson, Les Lyman, Richard Rominger, Shaugn Stanley, and Sean Schickedanz*

**BROWNSTEIN HYATT FARBER SCHRECK LLP**

By:   __/s/ Jonathan C. Sandler_____
(as authorized on April 7, 2015)
Jonathan C. Sandler
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone: 310-500-4600
Facsimile: 310-500-4602

*Counsel for Defendant Hector Absi*

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  April 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT