1  **GLANCY PRONGAY & MURRAY LLP**
   Lionel Z. Glancy (#134180)
2  Robert V. Prongay (#270796)
   1925 Century Park East, Suite 2100
3  Los Angeles, CA 90067
   Telephone: (310) 201-9150
4  Facsimile: (310) 201-9160
5  Email:  info@glancylaw.com

6  *Attorneys for Plaintiff*
   [Additional Counsel on Signature Page]
7

8
                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**

10 | SPECIAL SITUATIONS FUND III QP, L.P., | Master File No. 2:14-cv-02571-MCE-KJN |
   | AND SPECIAL SITUATIONS CAYMAN |  |
11 | FUND, L.P., Individually and On Behalf of All |  |
   | Others Similarly Situated, | **CLASS ACTION** |
12 |  |  |
   | Plaintiff, |  |
13 |  | **PLAINTIFF'S NOTICE OF** |
   | vs. | **VOLUNTARY DISMISSAL OF** |
14 |  | **PARTY WITHOUT PREJUDICE** |
   | MARRONE BIO INNOVATIONS, INC., et al. |  |
15 |  |  |
   | Defendants. |  |
16

NOTICE OF VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Consolidated Plaintiff JoAnn N. Martinelli ("Plaintiff") hereby voluntarily dismisses herself and her claims, from the present action, without prejudice and as to all defendants. As grounds thereof, Plaintiff states that on February 12, 2015, Chief Judge Morrison C. England appointed Special Situations Fund III QP, L.P., and Special Situations Cayman Fund, L.P. to serve as lead plaintiffs and directed the Clerk of the Court to administratively close Plaintiff's action, Case No. 14-cv-2055. Plaintiff further states that no defendant has filed an answer or a motion to dismiss.

Dated: May 7, 2015    Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lionel Z. Glancy*
Lionel Z. Glancy
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**POMERANTZ LLP**
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Edward N. Gewirtz
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone (212) 697-6484

*Attorneys for Plaintiff*

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO EASTERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF RULES AND GUIDELINES

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On May 7, 2015, I caused to be served the following document:

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF PARTY WITHOUT PREJUDICE**

By posting the document to the ECF Website of the United States District Court for the Eastern District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 7, 2015, at Los Angeles, California.

*s/ Lionel Z. Glancy*
Lionel Z. Glancy

294956.1 MARRONEBIO

Case 2:14-cv-02571-MCE-KJN   Document 28   Filed 05/07/15   Page 5 of 6

# Mailing Information for a Case 2:14-cv-02571-MCE-KJN Special Situations Fund III QP, L.P. et al v. Marrone Bio Innovations, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z. Glancy**
  lglancy@glancylaw.com,info@glancylaw.com

- **Robert S Green**
  gnecf@classcounsel.com

- **Steven M. Hecht , PHV**
  shecht@lowenstein.com

- **Jeremy A. Lieberman , PHV**
  jalieberman@pomlaw.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Francis McConville , PHV**
  fmcconville@pomlaw.com

- **Michael John McGaughey**
  mmcgaughey@lowenstein.com,tredburn@lowenstein.com,bfierro@lowenstein.com,shecht@lowenstein.com

- **Thomas E. Redburn , Jr**
  tredburn@lowenstein.com

- **Lawrence M. Rolnick , PHV**
  lrolnick@lowenstein.com

- **Charlene Sachi Shimada**
  charlene.shimada@morganlewis.com

- **Jon A Tostrud**
  jtostrud@tostrudlaw.com,acarter@tostrudlaw.com

- **Lucy Han Wang**
  lucy.wang@morganlewis.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert            V. Prongay                                               , NCAED
```

Case 2:14-cv-02571-MCE-KJN   Document 28   Filed 05/07/15   Page 6 of 6

Glancy Binkow & Goldberg LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

**Paul Sausman**
,