**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., AND SPECIAL SITUATIONS CAYMAN FUND, L.P., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARRONE BIO INNOVATIONS, INC., et al.<br><br>Defendants. | Master File No. 2:14-cv-02571-MCE-KJN<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL OF PARTY WITHOUT PREJUDICE** |

307288.1 MARRONEBIO                                                                                                  ORDER

Before the Court is consolidated plaintiff JoAnn N. Martinelli's ("Plaintiff") request for Dismissal of herself and her claims, from the present action, without prejudice and as to all defendants.  The Court, having reviewed the request, is of the opinion and so finds that the request be granted, and that Plaintiff be dismissed from the action.  Accordingly, Plaintiff's request for Dismissal of Party Without Prejudice is hereby GRANTED.

IT SO ORDERED.

Dated:  May 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT