1  **LOWENSTEIN SANDLER LLP**
   Michael J. McGaughey (198617)
2  390 Lytton Avenue
   Palo Alto, CA 94301
3  Telephone: (213) 426-2170
   Fax: (973) 597-6233W
4  mmcgaughey@lowenstein.com
5
   *(Additional Counsel on Signature Page)*
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., AND SPECIAL SITUATIONS CAYMAN FUND, L.P, and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG, LLP, <br><br> Defendants. | Master File No.: 2:14-cv-2571-MCE-KJN <br><br> Chief Judge Morrison C. England, Jr. <br><br> CONSOLIDATED CLASS ACTION <br><br> **STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S)** |

(*caption continued on the following page*)

Stipulation and Order (1) Setting Time for Filing of Second Consolidated Amended Class Action Complaint and (2) Establishing Briefing Schedule for Responsive Motion(s)
Master File No. : 2:14-cv-2571-MCE-KJN

sf-3538812

| | |
|---|---|
| 1 | JOANN N. MARTINELLI, Individually and On Behalf of All Others Similarly Situated, |
| 2 | |
| 3 | Plaintiff, |
| 4 | vs. |
| 5 | |
| 6 | MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, DONALD J. GLIDEWELL, and JAMES B. BOYD, |
| 7 | |
| 8 | Defendants. |
| 9 | PAUL SAUSMAN, Individually and On Behalf of All Others Similarly Situated, |
| 10 | |
| 11 | Plaintiff, |
| 12 | vs. |
| 13 | |
| 14 | MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, DONALD J. GLIDEWELL, and JAMES B. BOYD, |
| 15 | |
| 16 | Defendants. |
| 17 | |
| 18 | SUSCHIA CHEN, Individually and On Behalf of All Others Similarly Situated, |
| 19 | |
| 20 | Plaintiff, |
| 21 | vs. |
| 22 | |
| 23 | MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, DONALD J. GLIDEWELL, and JAMES B. BOYD, |
| 24 | |
| 25 | Defendants. |
| 26 | |
| 27 | (*caption continued on the following page*) |
| 28 | STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S) MASTER FILE NO. : 2:14-CV-2571-MCE-KJN<br><br>sf-3538812 |

| | |
|---|---|
| 1 | KENT OLDHAM, Individually and On Behalf of All Others Similarly Situated, |
| 2 | |
| 3 | Plaintiff, |
| 4 | vs. |
| 5 | |
| 6 | MARRONE BIO INNOVATIONS, INC., JAMES B. BOYD, DONALD J. GLIDEWELL, PAMELA G. MARRONE, RANJEET BHATIA, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, RICHARD ROMINGER, SEAN SCHICKEDANZ, SHAUGN STANLEY, PIPER JAFFRAY & CO., STIFEL, NICOLAUS & COMPANY, INCORPORATED, ROTH CAPITAL PARTNERS, LLC, and JEFFERIES LLC, |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Defendants. |

STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S)
MASTER FILE NO. : 2:14-CV-2571-MCE-KJN

sf-3538812

Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P. ("Lead Plaintiffs"), additional named Plaintiff David M. Fineman ("Fineman and, together with Lead Plaintiffs, "Plaintiffs"), Defendants Marrone Bio Innovations, Inc. ("MBII" or "the Company"), Pamela G. Marrone, James B. Boyd, Donald J. Glidewell, Hector Absi, Elin Miller, Ranjeet Bhatia, Pamela Contag, Tim Fogarty, Lawrence Hough, Joseph Hudson, Les Lyman, Richard Rominger, Shaugn Stanley, Sean Schickedanz (the "D&O Defendants" and, collectively with MBII, the "MBII Defendants"), and Ernst & Young LLP ("EY") (collectively with the MBII Defendants, "Defendants"), by and through their undersigned counsel, hereby recite and stipulate, subject to the approval of the Court, the following as concerns (1) the filing of an initial consolidated class action complaint and a Second Consolidated Amended Class Action Complaint (the "Second Consolidated Amended Class Action Complaint"), and (2) the briefing schedule for any responsive motions.

## RECITALS

WHEREAS Lead Plaintiffs filed a class action complaint on November 3, 2014 [Docket No. 1];

WHEREAS counsel for the MBII Defendants accepted service of the initial complaint on the MBII Defendants' behalf, and the parties entered into a stipulation continuing the date by which the MBII Defendants must answer or otherwise respond to the complaint until after the Court issued an order pursuant to the PSLRA appointing lead plaintiff(s) and lead counsel [Docket No. 13];

WHEREAS by Order dated February 13, 2015 [Docket No. 18], this Court consolidated the actions denominated as *Martinelli v. Marrone Bio Innovations, Inc.*, No. 2:14-cv-2055-MCE-KJN, *Sausman v. Marrone Bio Innovations, Inc.*, No. 2:14-cv-2072-MCE-KJN, *Chen v. Marrone Bio Innovations, Inc.*, 2:14-cv-2105-MCE-KJN, *Oldham v. Marrone Bio Innovations, Inc.*, 2:14-cv-2130-MCE-KJN, and *Special Situations Fund III QP, L.P. v. Marrone Bio Innovations, Inc.*, No. 2:14-cv-2571-MCE-KJN, designating No. 2:14-cv-2571 as the Master File and administratively closing all of the other consolidated cases;

STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S)
MASTER FILE NO. : 2:14-CV-2571-MCE-KJN

sf-3538812

1       WHEREAS by that same Order, the Court appointed Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P. as Lead Plaintiffs, and Lowenstein Sandler LLP as Lead Counsel;

       WHEREAS by Order dated April 16, 2015 [Docket No. 27], this Court approved the parties' Stipulation (1) Setting Time for Filing of Consolidated Class Action Complaint and (2) Establishing Briefing Schedule for Responsive Motion(s) directed Lead Plaintiffs to file and serve a consolidated complaint no later than thirty (30) days after MBII announces the results of a review of its financial statements, if any, and, if MBII does not so announce by May 13, 2015, file and serve a consolidated complaint no later than June 1, 2015;

       WHEREAS on April 23, 2015, MBII announced that (i) its Audit Committee concluded, after consultation with management, that certain financial statements should no longer be relied upon, and (ii) although the Company expects to restate certain of its previously filed financial statements, the Company's evaluation process is ongoing and, accordingly, the Company cannot at this time provide an estimate of the timing, extent, or effect of such restatement (the "Restatement(s)");

       WHEREAS by Order dated June 4, 2015 [Docket No. 33], this Court approved the parties' revised Stipulation (1) Setting Time for Filing of Consolidated Class Action Complaint and (2) Establishing Briefing Schedule for Responsive Motion(s) and directed Lead Plaintiffs to file and serve a consolidated complaint no later than sixty (60) days after MBII announces the Restatement(s);

       WHEREAS notwithstanding the foregoing, Lead Plaintiffs and Fineman (collectively, "Plaintiffs") filed a Consolidated Amended Class Action Complaint on or about September 1, 2015 [Docket No. 35], in order to preserve certain claims from expiration under any applicable statutes of limitations;

       WHEREAS by Order dated September 9, 2015, this Court approved the parties' Stipulation (1) Setting Time for Filing of Amended Consolidated Class Action Complaint and (2) Establishing Briefing Schedule for Responsive Motion(s) [Docket No. 37];

STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S)
MASTER FILE NO. : 2:14-cv-2571-MCE-KJN

sf-3538812

WHEREAS pursuant to the stipulation of the parties, and in light of Plaintiffs' intent to amend the Consolidated Amended Class Action Complaint in light of the Restatement(s), this Court ordered that the MBII Defendants have no obligation to respond to the Consolidated Amended Class Action Complaint;

WHEREAS the Consolidated Amended Class Action Complaint named EY as an additional defendant;

WHEREAS given Plaintiffs' intent to amend the Consolidated Amended Class Action Complaint by filing a Second Consolidated Amended Class Action Complaint in light of the Restatement(s), the parties agree that EY need not respond to the Consolidated Amended Class Action Complaint;

WHEREAS the parties further agree that the interests of justice would be best served by an order providing that the MBII Defendants and EY shall only be obligated to respond to the Second Consolidated Amended Class Action Complaint, and shall both respond to the Second Consolidated Amended Class Action Complaint on the schedule previously stipulated to; that is to say, Defendants shall file and serve any responsive pleading(s) or motion(s) to dismiss no later than sixty (60) days after the filing and service of the Second Consolidated Amended Class Action Complaint;

WHEREAS Defendants expressly preserve, and do not waive any and all defenses.

WHEREAS the statements made in this Stipulation are for the purposes of this Stipulation alone and are not otherwise admissible for any other purpose.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. Defendants shall have no obligation to respond to the Consolidated Amended Class Action Complaint.

STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S)
MASTER FILE NO. : 2:14-cv-2571-MCE-KJN

sf-3538812

2. Plaintiffs shall file and serve the Second Consolidated Amended Class Action Complaint no later than sixty (60) days after MBII announces the Restatement(s).

3. Defendants shall file and serve any responsive pleading(s) or motion(s) to dismiss no later than sixty (60) days after the filing and service of the Second Consolidated Amended Class Action Complaint.

4. If a motion to dismiss is filed, Plaintiffs shall file and serve their opposition brief(s) no later than forty-five (45) days after Defendants file and serve their motion(s) to dismiss.

5. Defendants shall file and serve their reply(ies) in further support of the motion(s) to dismiss no later than twenty-one (21) days after Plaintiffs file and serve their opposition brief(s).

6. The discovery-related topics set forth in the Court's Order requiring a Joint Status Report shall be addressed within 45 days of the Court's disposition of Defendants' motion(s) to dismiss, in a manner in conformity with the stay provisions of the Private Securities Litigation Reform Act of 1995.

DATED: November 10, 2015                    **LOWENSTEIN SANDLER LLP**

                                         By:       */s/ Michael J. McGaughey*
                                         Michael J. McGaughey (198617)
                                         Lowenstein Sandler LLP
                                         390 Lytton Avenue
                                         Palo Alto, CA 94301
                                         Telephone: (213) 426-2170
                                         Fax: (973) 597-6233
                                         mmcgaughey@lowenstein.com

                                         Lawrence M. Rolnick (*pro hac vice*)
                                         Steven M. Hecht (*pro hac vice*)
                                         Thomas E. Redburn, Jr. (*pro hac vice*)
                                         Lowenstein Sandler LLP
                                         1251 Avenue of the Americas

STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S)
MASTER FILE NO. : 2:14-CV-2571-MCE-KJN

sf-3538812

New York, NY 10020
-and-
65 Livingston Avenue
Roseland, NJ 07068
Telephone: 212-262-6700
Fax: 973-597-2400
lrolnick@lowenstein.com
shecht@lowenstein.com
tredburn@lowenstein.com

*Counsel for Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P.*

**MORRISON & FOERSTER LLP**

By:     */s/ Judson E. Lobdell*
(As authorized on November 10, 2015)
Judson E. Lobdell
JLobdell@mofo.com
Jordan Eth
JEth@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522

*Counsel for Defendants Marrone Bio Innovations, Inc., Pamela G. Marrone, James B. Boyd, Donald J. Glidewell, Elin Miller, Ranjeet Bhatia, Pamela Contag, Tim Fogarty, Lawrence Hough, Joseph Hudson, Les Lyman, Richard Rominger, Shaugn Stanley, and Sean Schickedanz*

STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S)
MASTER FILE NO. : 2:14-CV-2571-MCE-KJN

sf-3538812

**BROWNSTEIN HYATT FARBER SCHRECK LLP**

By: _____/s/ Jonathan C. Sandler_____
(As authorized on November 10, 2015)
Jonathan C. Sandler
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone: 310-500-4600
Facsimile: 310-500-4602

*Counsel for Defendant Hector Absi*

**MAYER BROWN LLP**

By _____/s/ Elizabeth Mann_____
(As authorized on November 9, 2015)
Elizabeth Mann
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Stanley J. Parzen
Dana S. Douglas
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

*Counsel for Defendant Ernst & Young LLP*

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: November 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER (1) SETTING TIME FOR FILING OF SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND (2) ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S)
MASTER FILE NO. : 2:14-cv-2571-MCE-KJN

sf-3538812