1  **LOWENSTEIN SANDLER LLP**
   MICHAEL J. MCGAUGHEY (198617)
2  390 Lytton Avenue
3  Palo Alto, CA 94301
   Telephone: 213-426-2170
4  Fax: 973-597-6233
   mmcgaughey@lowenstein.com
5
   *Counsel for Lead Plaintiffs Special Situations*
6  *Fund III QP, L.P. and Special Situations*
   *Cayman Fund, L.P. and additional named*
7  *Plaintiff David M. Fineman*

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11 SPECIAL SITUATIONS FUND III QP, L.P.,      Case No. 2:14-cv-02571-MCE-KJN
   SPECIAL SITUATIONS CAYMAN FUND, L.P.
12 and DAVID M. FINEMAN, Individually and On   Judge Morrison C. England, Jr.
   Behalf of All Others Similarly Situated,,
13                                             CONSOLIDATED CLASS ACTION
                        Plaintiffs,
14                                             **STIPULATION AND [PROPOSED]**
           v.                                  **ORDER SETTING SETTLEMENT**
15                                             **APPROVAL SCHEDULE**
   MARRONE BIO INNOVATIONS, INC.,
16 PAMELA G. MARRONE, JAMES B. BOYD,
   DONALD J. GLIDEWELL, HECTOR ABSI,
17 ELIN MILLER, RANJEET BHATIA, PAMELA
   CONTAG, TIM FOGARTY, LAWRENCE
18 HOUGH, JOSEPH HUDSON, LES LYMAN,
   RICHARD ROMINGER, SHAUGN STANLEY,
19 SEAN SCHICKENDANZ, and ERNST &
   YOUNG LLP,
20
                        Defendants.
21

22

23

24

25

26

27

28
   Stipulation and [Proposed] Order Setting
   Settlement Approval Schedule
   Case No. 2:14-cv-02571-MCE-KJN

1    Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund,

2 L.P., additional named Plaintiff David M. Fineman, and Defendants Marrone Bio Innovations,

3 Inc., Pamela G. Marrone, James B. Boyd, Donald J. Glidewell, Hector Absi, Elin Miller, Ranjeet

4 Bhatia, Pamela Contag, Tim Fogarty, Lawrence Hough, Joseph Hudson, Les Lyman, Richard

5 Rominger, Shaugn Stanley, and Sean Schickedanz (collectively, the "Parties"), by and through

6 their undersigned counsel, jointly submit the following stipulated schedule for settlement-related

7 events.  Although the parties continue to negotiate the terms of a formal stipulation of settlement,

8 they nevertheless submit this proposed schedule as set forth in their May 4, 2016 status update

9 [Docket No. 66], in the hope that they can reach agreement on or before May 19.  The timing of

10 the events is determined by the date the Preliminary Approval Order is entered and the date the

11 Settlement Hearing is scheduled.  If the Court agrees with the proposed schedule, the Parties

12 request that the Court schedule the Settlement Hearing for a date that is 60 calendar days after

13 the date of entry of the Preliminary Approval Order, or at the Court's earliest convenience

14 thereafter.

| Event | Proposed Timing |
|---|---|
| Unopposed Motion for (I) Preliminary Approval of Class Action Settlement, (II) Certification of the Settlement Class, and (III) Approval of Notice to the Settlement Class | May 19, 2016 |
| Deadline for mailing the Notice and Claim Form to Settlement Class Members (the "Notice Date") | Up to 7 business days after entry of Preliminary Approval Order |
| Deadline for publishing the Summary Notice | Up to 5 business days after the Notice Date |
| Deadline for filing of papers in support of final approval of the Settlement, Plan of Allocation, and Lead Counsel's Application for Attorney's Fees and Litigation Expenses | 28 calendar days prior to the Settlement Hearing |
| Deadline for receipt of exclusion requests or objections | 14 calendar days prior to the Settlement Hearing |
| Deadline for filing reply papers, if any | 7 calendar days prior to the Settlement Hearing |
| Settlement Hearing | 60 calendar days after entry of the Preliminary Approval Order, or at the Court's earliest convenience thereafter |
| Deadline for submitting Claim Forms | 75 calendar days after the Notice Date |

1   Dated:  May 12, 2016                    **LOWENSTEIN SANDLER** LLP

2
                                            By:        */s/ Steven M. Hecht*
3                                           _____
                                                       Steven M. Hecht
4

5                                           MICHAEL J. MCGAUGHEY
                                            LOWENSTEIN SANDLER LLP
6                                           390 Lytton Avenue
                                            Palo Alto, CA 94301
7                                           Tel:  415.288.4545
                                            Fax: 415.288.4534

8                                           LAWRENCE M. ROLNICK (*pro hac vice*)
                                            STEVEN M. HECHT (*pro hac vice*)
9                                           THOMAS E. REDBURN, JR. (*pro hac vice*)
                                            LOWENSTEIN SANDLER LLP
10                                          1251 Avenue of the Americas
                                            New York, NY  10020
11                                          Tel:  212.262.6700
                                            Fax: 973.597.2400
12
                                            Attorneys for Plaintiffs
13                                          SPECIAL SITUATIONS FUNDS III QP,
                                            L.P., SPECIAL SITUATIONS CAYMAN
14                                          FUND, L.P., AND DAVID M. FINEMAN

15   Dated:  May 12, 2016                   **MORRISON & FOERSTER** LLP

16
                                            By:        */s/ Judson E. Lobdell*
17                                          _____
                                                    (as authorized on May 12, 2016)

18                                          JUDSON E. LOBDELL
                                            JORDAN ETH
19                                          ANNE K. DAVIS
                                            MORRISON & FOERSTER LLP
20                                          425 Market Street
                                            San Francisco, CA  94105
21                                          Tel.:  415.268.7000
                                            Fax:  415.268.7522
22
                                            Attorneys for Defendants
23                                          MARRONE BIO INNOVATIONS, INC.,
                                            PAMELA G. MARRONE, JAMES B.
24                                          BOYD, DONALD J. GLIDEWELL, ELIN
                                            MILLER, RANJEET BHATIA, PAMELA
25                                          CONTAG, TIM FOGARTY, LAWRENCE
                                            HOUGH, JOSEPH HUDSON, LES
26                                          LYMAN, RICHARD ROMINGER,
                                            SHAUN STANLEY, AND SEAN
27                                          SCHICKEDANZ

28
Stipulation and [Proposed] Order Setting
Settlement Approval Schedule                                              2
Case No. 2:14-cv-02571-MCE-KJN

1   Dated:  May 12, 2016                     **BROWNSTEIN HYATT FARBER SCHRECK LLP**

2

3                                            By:  _____/s/ *Jonathan C. Sandler*_____

4                                                    (as authorized on May 12, 2016)

5                                            JONATHAN C. SANDLER
                                             BROWNSTEIN HYATT FARBER
                                             SCHRECK LLP
6                                            2049 Century Park East, Suite 3550
                                             Los Angeles, CA  90067
7                                            Tel.:  310.500.4600
                                             Fax:  310.500.4602
8
                                             JOHN MCDERMOTT (*pro hac vice*)
9                                            BROWNSTEIN HYATT FARBER
                                             SCHRECK LLP
10                                           410 Seventeenth Street, Suite 2200
                                             Denver, CO 80202
11                                           Tel.:  303.223.1118
                                             Fax:  303.223.0918
12
                                             Attorneys for Defendant
13                                           HECTOR ABSI

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.  The Court adopts the parties' schedule and sets the Settlement Hearing for [ ].

By:  _____
     Hon. Morrison C. England, Jr.
     United States District Judge

DATED: May ___, 2016