**LOWENSTEIN SANDLER LLP**
MICHAEL J. MCGAUGHEY (198617)
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 213-426-2170
Fax: 973-597-6233
mmcgaughey@lowenstein.com

*Counsel for Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P. and additional named Plaintiff David M. Fineman*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P. and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated,, <br><br> Plaintiffs, <br><br> v. <br><br> MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKENDANZ, and ERNST & YOUNG LLP, <br><br> Defendants. | Case No. 2:14-cv-02571-MCE-KJN <br><br> Judge Morrison C. England, Jr. <br><br> CONSOLIDATED CLASS ACTION <br><br> **STIPULATION AND ORDER SETTING SETTLEMENT APPROVAL SCHEDULE** |

Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P., additional named Plaintiff David M. Fineman, and Defendants Marrone Bio Innovations, Inc., Pamela G. Marrone, James B. Boyd, Donald J. Glidewell, Hector Absi, Elin Miller, Ranjeet Bhatia, Pamela Contag, Tim Fogarty, Lawrence Hough, Joseph Hudson, Les Lyman, Richard Rominger, Shaugn Stanley, and Sean Schickedanz (collectively, the "Parties"), by and through their undersigned counsel, jointly submit the following stipulated schedule for settlement-related events. Although the parties continue to negotiate the terms of a formal stipulation of settlement, they nevertheless submit this proposed schedule as set forth in their May 4, 2016 status update [Docket No. 66], in the hope that they can reach agreement on or before May 19. The timing of the events is determined by the date the Preliminary Approval Order is entered and the date the Settlement Hearing is scheduled. If the Court agrees with the proposed schedule, the Parties request that the Court schedule the Settlement Hearing for a date that is 60 calendar days after the date of entry of the Preliminary Approval Order, or at the Court's earliest convenience thereafter.

| Event | Proposed Timing |
|---|---|
| Unopposed Motion for (I) Preliminary Approval of Class Action Settlement, (II) Certification of the Settlement Class, and (III) Approval of Notice to the Settlement Class | May 19, 2016 |
| Deadline for mailing the Notice and Claim Form to Settlement Class Members (the "Notice Date") | Up to 7 business days after entry of Preliminary Approval Order |
| Deadline for publishing the Summary Notice | Up to 5 business days after the Notice Date |
| Deadline for filing of papers in support of final approval of the Settlement, Plan of Allocation, and Lead Counsel's Application for Attorney's Fees and Litigation Expenses | 28 calendar days prior to the Settlement Hearing |
| Deadline for receipt of exclusion requests or objections | 14 calendar days prior to the Settlement Hearing |
| Deadline for filing reply papers, if any | 7 calendar days prior to the Settlement Hearing |
| Settlement Hearing | 60 calendar days after entry of the Preliminary Approval Order, or at the Court's earliest convenience thereafter |
| Deadline for submitting Claim Forms | 75 calendar days after the Notice Date |

| | | |
|---|---|---|
| 1 | Dated:  May 12, 2016 | **LOWENSTEIN SANDLER LLP** |
| 2 | | |
| 3 | | By:  _/s/ Steven M. Hecht_ |
| | | Steven M. Hecht |
| 4 | | |
| 5 | | MICHAEL J. MCGAUGHEY |
| | | LOWENSTEIN SANDLER LLP |
| 6 | | 390 Lytton Avenue |
| | | Palo Alto, CA 94301 |
| 7 | | Tel:  415.288.4545 |
| | | Fax: 415.288.4534 |
| 8 | | LAWRENCE M. ROLNICK (*pro hac vice*) |
| | | STEVEN M. HECHT (*pro hac vice*) |
| 9 | | THOMAS E. REDBURN, JR. (*pro hac vice*) |
| | | LOWENSTEIN SANDLER LLP |
| 10 | | 1251 Avenue of the Americas |
| | | New York, NY  10020 |
| 11 | | Tel:  212.262.6700 |
| | | Fax: 973.597.2400 |
| 12 | | |
| 13 | | Attorneys for Plaintiffs |
| | | SPECIAL SITUATIONS FUNDS III QP, |
| | | L.P., SPECIAL SITUATIONS CAYMAN |
| 14 | | FUND, L.P., AND DAVID M. FINEMAN |
| 15 | Dated:  May 12, 2016 | **MORRISON & FOERSTER LLP** |
| 16 | | |
| 17 | | By:  _/s/ Judson E. Lobdell_ |
| | | (as authorized on May 12, 2016) |
| 18 | | JUDSON E. LOBDELL |
| | | JORDAN ETH |
| 19 | | ANNE K. DAVIS |
| | | MORRISON & FOERSTER LLP |
| 20 | | 425 Market Street |
| | | San Francisco, CA  94105 |
| 21 | | Tel.:  415.268.7000 |
| | | Fax:  415.268.7522 |
| 22 | | |
| 23 | | Attorneys for Defendants |
| | | MARRONE BIO INNOVATIONS, INC., |
| | | PAMELA G. MARRONE, JAMES B. |
| 24 | | BOYD, DONALD J. GLIDEWELL, ELIN |
| | | MILLER, RANJEET BHATIA, PAMELA |
| 25 | | CONTAG, TIM FOGARTY, LAWRENCE |
| | | HOUGH, JOSEPH HUDSON, LES |
| 26 | | LYMAN, RICHARD ROMINGER, |
| | | SHAUGN STANLEY, AND SEAN |
| 27 | | SCHICKEDANZ |
| 28 | Stipulation and Order Setting Settlement Approval Schedule<br>Case No. 2:14-cv-02571-MCE-KJN | 2 |

| | | |
|---|---|---|
| 1 | Dated: May 12, 2016 | **BROWNSTEIN HYATT FARBER SCHRECK LLP** |
| 2 | | |
| 3 | | By:    /s/ *Jonathan C. Sandler* |
| 4 | | (as authorized on May 12, 2016) |

JONATHAN C. SANDLER
BROWNSTEIN HYATT FARBER SCHRECK LLP
2049 Century Park East, Suite 3550
Los Angeles, CA  90067
Tel.: 310.500.4600
Fax: 310.500.4602

JOHN MCDERMOTT (*pro hac vice*)
BROWNSTEIN HYATT FARBER SCHRECK LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202
Tel.: 303.223.1118
Fax: 303.223.0918

Attorneys for Defendant
HECTOR ABSI

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Court adopts the parties' schedule and sets the Settlement Hearing for August 25, 2016.

IT IS SO ORDERED.

Dated: May 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE