MAYER BROWN LLP
Elizabeth Mann (SBN 106524)
*emann@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

MAYER BROWN LLP
Stanley J. Parzen (admitted pro hac vice)
*sparzen@mayerbrown.com*
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Attorneys for Defendant
ERNST & YOUNG LLP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P., and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated., <br><br> Plaintiffs, <br><br> v. <br><br> MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP, <br><br> Defendants. | Master File 2:14-cv-2571-MCE-KJN <br><br> CONSOLIDATED CLASS ACTION <br><br> **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT ERNST & YOUNG LLP'S MOTION TO DISMISS** <br><br> Judge: Hon. Morrison C. England, Jr. <br> TAC Filed: June 1, 2016 <br> Trial Date: None Set |

Lead plaintiffs Special Situations Fund III QP, L.P., Special Situations Cayman Fund, L.P., additional named plaintiff David M. Fineman ("Plaintiffs") and Defendant Ernst & Young LLP ("Defendant") (collectively "Parties") hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Third Consolidated Amended Class Action Complaint on June 1, 2016;

WHEREAS, Defendant anticipates filing a Motion to Dismiss Plaintiffs' Third Consolidated Amended Class Action Complaint;

WHEREAS, the Parties met and conferred to set a briefing schedule for Defendant's anticipated Motion to Dismiss;

WHEREAS, the Parties agree to the following briefing schedule:

- Defendant will file its Motion to Dismiss on or before July 1, 2016;
- Plaintiffs will file their Response on or before August 1, 2016;
- Defendant will file its Reply on or before August 17, 2016;

WHEREAS, the Parties agree to set the hearing on Defendant's Motion to Dismiss for September 8, 2016, or a day thereafter that is convenient for the Court;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel of record, subject to the approval of the Court, as follows:

- The Motion to Dismiss is due on or before July 1, 2016;
- The Response is due on or before August 1, 2016;
- The Reply is due August 17, 2016;
- The hearing on the Motion to Dismiss is set for September 8, 2016, or a day thereafter that is convenient for the court.

Dated: June 9, 2016                    MAYER BROWN LLP

                                       By: /s/ Elizabeth Mann
                                           Elizabeth Mann
                                       Attorneys for Defendant
                                       ERNST & YOUNG LLP

| | |
|---|---|
| Dated: June 9, 2016 | LOWENSTEIN SANDLER LLP |
| | By: /s/ *Steven M. Hecht* |
| | (as authorized on June 9, 2016) |
| | Steven M. Hecht |
| | Michael J. McGaughey |
| | Attorneys for Plaintiffs |
| | SPECIAL SITUATIONS FUND III QP, L.P.; |
| | SPECIAL SITUATIONS CAYMAN FUND, |
| | L.P.; and DAVID M. FINEMAN |

**ORDER**

Pursuant to the Parties' stipulation, the briefing schedule for Defendant Ernst & Young LLP's Motion to Dismiss is as follows:

- The Motion to Dismiss is due on or before July 1, 2016;
- The Response is due on or before August 1, 2016;
- The Reply is due August 17, 2016;
- The hearing on the Motion to Dismiss is set for September 8, 2016, at 2:00 p.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:  June 14, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE