1  MAYER BROWN LLP
   ELIZABETH MANN (SBN 10654)
2  emann@mayerbrown.com
   350 South Grand Avenue, 25th Floor
3  Los Angeles, California  90071-1503
4  Telephone:  (213) 229-9500
   Facsimile:   (213) 625-0248
5

6  MAYER BROWN LLP
   STANLEY J. PARZEN (admitted pro hac vice)
7  71 South Wacker Drive
   Chicago, Illinois  60606-4637
8  Telephone: (312) 782-0600
   Facsimile:  (312) 701-7711
9
   Attorneys for Defendant
10 ERNST & YOUNG LLP

11

12                     **UNITED STATES DISTRICT COURT**

13                      **EASTERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P., and DAVID M. FINEMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP,<br><br>                    Defendants. | Master File 2:14-cv-2571-MCE-KJN<br><br>CONSOLIDATED CLASS ACTION<br><br>**DEFENDANT ERNST & YOUNG LLP'S NOTICE OF MOTION AND MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>Chief Judge<br>Morrison C. England, Jr.<br><br>Date:         September 8, 2016<br>Time:        2:00 p.m.<br>Dept:         501 I Street, Courtroom 7<br>                   Sacramento, CA 95814 |

ERNST & YOUNG LLP'S NOTICE OF MOTION AND MOTION TO DISMISS THE THIRD AMENDED
CLASS ACTION COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on September 8, 2016 at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 7 of the above-referenced court, located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California, Defendant Ernst & Young LLP ("EY") will and hereby does move to dismiss the Third Amended Class Action Complaint in this action for failure to state a claim upon which relief can be granted because, *inter alia*, (i) plaintiffs have not alleged facts sufficient to establish standing under 15 U.S.C. §77k(a) to assert their claims against EY because plaintiffs do not allege facts demonstrating that they purchased securities used pursuant to the registration statement for which EY consented to the inclusion of its audit report, (ii) EY's potential liability under §11 of the Securities Act of 1933 is limited to its audit report because that is all that EY's consent stated that it was taking responsibility for and because EY did not "certify" the correctness of the company's financial statements contained in the registration statement, (iii) EY's audit report expressed EY's opinions and did not make any false statements of material fact or omit any material facts, and (iv) EY did not cause plaintiffs' alleged harm as a matter of law.

This Motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(6). This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying Request for Judicial Notice, the entire file of this action, and on such further argument as the Court may permit.

Dated: July 1, 2016                                 Respectfully submitted,

                                                    MAYER BROWN LLP
                                                    ELIZABETH MANN


                                                    By:   /s/ Elizabeth Mann
                                                              Elizabeth Mann
                                                         Attorneys for Defendant
                                                         ERNST & YOUNG LLP