**LOWENSTEIN SANDLER LLP**
MICHAEL J. MCGAUGHEY (198617)
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 213-426-2170
Fax: 973-597-6233
mmcgaughey@lowenstein.com

*Counsel for Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P. and additional named Plaintiff David M. Fineman*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P, and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP,<br><br>Defendants. | Master No.: 2:14-cv-2571-MCE-KJN<br><br>Hon. Morrison C. England, Jr.<br><br>CONSOLIDATED CLASS ACTION<br><br>**NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Date: September 22, 2016<br>Time: 2:00 p.m.<br>Place: 501 I Street, Courtroom 7<br>Sacramento, CA 95814 |

NOTICE OF MOTION FOR FINAL APPROVAL OF
SETTLEMENT AND PLAN OF ALLOCATION
MASTER FILE No. 2:14-cv-2571-MCE-KJN

1  TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

2         **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 23(e) and
3  this Court's July 7, 2016 Order Preliminary Approving Proposed Settlement and Providing for
4  Notice (ECF No. 87), and upon (i) the Declaration of Steven M. Hecht in Support of (A) Lead
5  Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and
6  (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation
7  Expenses; (ii) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final
8  Approval of Class Action Settlement and Plan of Allocation; and (iii) all other papers and
9  proceedings herein, Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations
10 Cayman Fund, L.P. (collectively, "the Funds" or "Lead Plaintiffs"), and additional named
11 Plaintiff David M. Fineman ("Fineman" and, with Lead Plaintiffs, "Plaintiffs"), will move and
12 hereby do move this Court before the Honorable Morrison C. England, Jr. at the United States
13 District Court, Eastern District of California, 501 I Street, Courtroom 7, 14th Floor, Sacramento,
14 CA 95814, on September 22, 2016, at 2:00 p.m., for entry of Judgment approving the
15 Settlement as fair, reasonable and adequate, and for an entry of an Order approving the
16 proposed Plan of Allocation as fair and reasonable.  Proposed Orders granting the requested
17 relief will be submitted with Lead Plaintiffs' reply papers after the deadlines for objecting to the
18 Settlement and requesting exclusion from the Settlement Class have passed.

19 Dated: August 25, 2016                     Respectfully submitted,
20
21                                            /s/ *Michael J. McGaughey*
                                              MICHAEL J. McGAUGHEY
22                                            **LOWENSTEIN SANDLER LLP**
                                              390 Lytton Avenue
23                                            Palo Alto, CA 94301
                                              Telephone: 213-426-2170
24                                            Fax: 973-597-6233
                                              E-mail: mmcgaughey@lowenstein.com
25
26                                            *Counsel for Lead Plaintiffs Special*
                                              *Situations Fund III QP, L.P. and Special*
27                                            *Situations Cayman Fund, L.P. and*
28

*Additional Named Plaintiff David M. Fineman, and Lead Counsel for the Class*

Appearance *pro hac vice*:
LAWRENCE M. ROLNICK
STEVEN M. HECHT
THOMAS E. REDBURN, JR.
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020

         - and -

65 Livingston Avenue
Roseland, NJ 07068
Telephone: 646-414-6902
Fax: 973-597-2381
E-mail: lrolnick@lowenstein.com

NOTICE OF MOTION FOR FINAL APPROVAL OF
SETTLEMENT AND PLAN OF ALLOCATION
MASTER FILE No. 2:14-cv-2571-MCE-KJN

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2016, I authorized the electronic filing of the foregoing Notice of Motion, along with all supporting papers, with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 25, 2016

/s/ *Michael J. McGaughey*
MICHAEL J. McGAUGHEY
**LOWENSTEIN SANDLER LLP**
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 213-426-2170
Fax: 973-597-6233
E-mail: mmcgaughey@lowenstein.com