**LOWENSTEIN SANDLER LLP**
MICHAEL J. MCGAUGHEY (198617)
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 213-426-2170
Fax: 973-597-6233
mmcgaughey@lowenstein.com

*Counsel for Lead Plaintiffs Special Situations*
　　*Fund III QP, L.P. and Special Situations*
　　*Cayman Fund, L.P. and additional named*
　　*Plaintiff David M. Fineman*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P, and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP,<br><br>　　　　　　Defendants. | Master No.: 2:14-cv-2571-MCE-KJN<br><br>Hon. Morrison C. England, Jr.<br><br>CONSOLIDATED CLASS ACTION<br><br>**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Date:　September 22, 2016<br>Time:　2:00 p.m.<br>Place:　501 I Street, Courtroom 7<br>　　　　Sacramento, CA 95814 |

NOTICE OF MOTION FOR AN AWARD OF FEES
AND REIMBURSEMENT OF EXPENSES
MASTER FILE No. 2:14-cv-2571-MCE-KJN

1  TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

2  **PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 23(e) and 23(h), and this Court's July 7, 2016 Order Preliminary Approving Proposed Settlement and Providing for Notice (ECF No. 87), and upon (i) the Declaration of Steven M. Hecht in Support of (A) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (ii) the Memorandum of Law in Support of Lead Counsel's Motion for Attorneys' Fees and Reimbursement of Litigation Expenses; and (iii) all other papers and proceedings herein, Court-appointed Lead Counsel will move and hereby do move this Court, before the Honorable Morrison C. England, Jr. at the United States District Court, Eastern District of California, 501 I Street, Courtroom 7, 14th Floor, Sacramento, CA 95814, on September 22, 2016, at 2:00 p.m., for entry of an Order awarding attorneys' fees and reimbursement of Lead Counsel's litigation expenses.  A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers after the deadline for objecting to this motion has passed.

Dated: August 25, 2016                    Respectfully submitted,

/s/ *Michael J. McGaughey*
MICHAEL J. McGAUGHEY
**LOWENSTEIN SANDLER LLP**
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 213-426-2170
Fax: 973-597-6233
E-mail: mmcgaughey@lowenstein.com

*Counsel for Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P. and Additional Named Plaintiff David M. Fineman, and Lead Counsel for the Class*

Appearance *pro hac vice*:
LAWRENCE M. ROLNICK
STEVEN M. HECHT

NOTICE OF MOTION FOR AN AWARD OF FEES
AND REIMBURSEMENT OF EXPENSES
MASTER FILE No. 2:14-cv-2571-MCE-KJN

-1-

THOMAS E. REDBURN, JR.
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020

- and -

65 Livingston Avenue
Roseland, NJ 07068
Telephone: 646-414-6902
Fax: 973-597-2381
E-mail: lrolnick@lowenstein.com

NOTICE OF MOTION FOR AN AWARD OF FEES
AND REIMBURSEMENT OF EXPENSES
MASTER FILE No. 2:14-cv-2571-MCE-KJN

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2016, I authorized the electronic filing of the foregoing Notice of Motion, along with all supporting papers, with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  August 25, 2016

                /s/ *Michael J. McGaughey*
                MICHAEL J. McGAUGHEY
                **LOWENSTEIN SANDLER LLP**
                390 Lytton Avenue
                Palo Alto, CA 94301
                Telephone: 213-426-2170
                Fax: 973-597-6233
                E-mail: mmcgaughey@lowenstein.com