# EXHIBIT A

## MBII Damage Summary

| Event Date | Damages |
|---|---:|
| Section 11 IPO | $20,581,089 |
| Section 11 Secondary Offering | $28,355,963 |
| | |
| Section 10(b) (gross) | $86,488,245 |
| Section 10(b) (excluding Section 11 eligible trades) | $57,113,283 |
| **Total Section 10(b) & Capped Section 11 Damages** | **$86,488,245** |

**Navigant Consulting, Inc.**



## Maximum Damages per Share

| | |
|---|---:|
| IPO Price | $12.00 |
| Secondary Offering Price | $9.50 |
| Price at Date of Operative Complaint for IPO (Sept. 1, 2015) | $2.02 |
| Price at Date of Operative Complaint for Secondary Offering (Nov. 4, 2014) | $2.53 |
| | |
| Maximum IPO Section 11 Class Damage per Share | $9.98 |
| Maximum Secondary Section 11 Class Damage per Share | $7.48 |
| Maximum Section 10(b) Damage per Share | $8.17 |
| | |
| Lookback Price (Mean Daily Closing Price over 90 Calendar Dates beginning Nov. 10, 2015) | $1.34 |

**Navigant Consulting, Inc.**