# EXHIBIT B

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P, and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP,<br><br>Defendants. | Master No.: 2:14-cv-2571-MCE-KJN<br><br>Hon. Morrison C. England, Jr.<br><br>CONSOLIDATED CLASS ACTION<br><br>**DECLARATION OF MEDIATOR JED D. MELNICK, ESQ. IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT WITH THE MBI DEFENDANTS**<br><br>Date: Thursday, September 22, 2016<br>Time: 2:00 p.m.<br>Place: 501 I Street, Courtroom 7<br>          Sacramento, CA 95814 |

MELNICK DECLARATION IN SUPPORT OF
MOTION FOR FINAL APPROVAL
MASTER FILE NO. 2:14-cv-2571-MCE-KJN

-1-

I, Jed D. Melnick, Esq., hereby declare under penalty of perjury as follows:

1. I was selected by the Lead Plaintiffs and the MBI Defendants[1] (collectively, the "Parties") to serve as the mediator in the above-captioned action. I make this declaration based on personal knowledge and am competent to testify to the matters set forth herein. The Parties have consented to my submitting this declaration regarding the negotiations which led to the proposed settlement (the "Settlement") with the MBI Defendants.

2. As discussed below, I believe that the Settlement in this class action with the MBI Defendants for the total amount of $12 million in cash -- after a rigorous mediation process -- represents a well-reasoned and sound resolution of the complicated and uncertain claims under the federal securities laws brought against the MBI Defendants. The Court, of course, will make determinations as to the "fairness" of the Settlement under governing law. From a mediator's perspective, however, I recommend the proposed Settlement as reasonable, arm's length, and consistent with the risks and potential rewards of the claims asserted against the MBI Defendants.

3. I am a mediator associated with JAMS, Inc. I am also the managing partner of Weinstein Melnick LLC. I have mediated over one thousand disputes, including complex securities class actions and shareholder derivative actions, published articles on mediation, founded a nationally ranked dispute resolution journal, and mentored young mediators.

4. I oversaw the settlement negotiations in this case, culminating in the Parties ultimately reaching an agreement to settle the claims against the MBI Defendants for $12 million.

---

[1] The MBI Defendants include the following: Marrone Bio Innovations, Inc. ("MBI" or "the Company"), Pamela G. Marrone, James B. Boyd, Donald J. Glidewell, Hector Absi, Elin Miller, Tim Fogarty, Richard Rominger, Shaugn Stanley, Ranjeet Bhatia, Lawrence Hough, Joseph Hudson, Sean Schickendanz, Pamela Contag, and Les Lyman.

5.     Following the Parties' agreement to select me as a mediator, in March 2016 the Parties prepared and exchanged detailed mediation statements and voluminous case-related materials addressing the facts, law applicable to the case, analysis of potential damages, and the MBI Defendants' ability to pay a potential judgment, if any.

6.     Settlement negotiations commenced on April 4, 2016, when counsel for the Parties, representatives of the MBI Defendants' insurance carriers, and counsel for the plaintiffs in certain related derivative actions met with me and my staff in New York for a full-day mediation session. During the session, the Parties made presentations to me and we discussed the merits of the case, including liability and damages. We also discussed in detail the MBI Defendants' available resources to pay a potential judgment, if any, including those Defendants' available but declining insurance resources.

7.     At the conclusion of the mediation session, the Parties reached an agreement in principle to settle all claims against the MBI Defendants for $12 million, a sum equal to substantially all of the MBI Defendants' available insurance proceeds. This agreement was subject to certain terms and conditions, and the execution of a customary "long form" stipulation and agreement of settlement and related papers. Counsel for the Parties worked with me to finalize certain aspects of the stipulation and related papers in the months following the conclusion of the April 4, 2016 mediation session.

8.     The entire Settlement and negotiation process involved significant disputed issues and vigorous, good faith, arm's-length negotiations.

9.     I recommend the $12 million settlement amount based on my intimate involvement in those negotiations, my review and analysis of the Parties' mediation submissions, extensive communications with the parties, and assessment of the litigation and other risks inherent in the lawsuit.

MELNICK DECLARATION IN SUPPORT OF
MOTION FOR FINAL APPROVAL
MASTER FILE NO. 2:14-cv-2571-MCE-KJN

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
2  is true and correct.

4  DATED: August 25, 2016                     _____
                                                Jed D. Melnick, Esq.

28

MELNICK DECLARATION IN SUPPORT OF
MOTION FOR FINAL APPROVAL
MASTER FILE NO. 2:14-cv-2571-MCE-KJN