**LOWENSTEIN SANDLER LLP**
MICHAEL J. MCGAUGHEY (198617)
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 213-426-2170
Fax: 973-597-6233
mmcgaughey@lowenstein.com

*Counsel for Lead Plaintiffs Special Situations*
*Fund III QP, L.P. and Special Situations*
*Cayman Fund, L.P. and additional named*
*Plaintiff David M. Fineman*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P., and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP,<br><br>Defendants. | Master No.: 2:14-cv-2571-MCE-KJN<br><br>Hon. Morrison C. England, Jr.<br><br>CONSOLIDATED CLASS ACTION<br><br>**DECLARATION OF LAWRENCE M. ROLNICK IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES FILED ON BEHALF OF LOWENSTEIN SANDLER LLP**<br><br>Date:  September 22, 2016<br>Time:  2:00 p.m.<br>Place: 501 I Street, Courtroom 7<br>        Sacramento, CA 95814 |

HECHT DECLARATION IN SUPPORT OF
MOTION FOR AN AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION EXPENSES
MASTER FILE NO. 2:14-cv-2571-MCE-KJN

I, LAWRENCE M. ROLNICK, declare as follows:

1.      I am a partner of the law firm of Lowenstein Sandler LLP ("Lead Counsel" or "Lowenstein Sandler").   My firm is the Court-appointed Lead Counsel in the above-captioned action (the "Action").   I personally rendered legal services in this Action and was responsible for overseeing staffing and legal services carried out by other attorneys and professional staff at Lowenstein Sandler.   I submit this declaration in support of Lead Counsel's application for an award of attorneys' fees in connection with services rendered in the Action, as well as for reimbursement of litigation expenses incurred in connection with the Action.   I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.      This firm as Lead Counsel was involved in all aspects of the litigation and its settlement as set forth in the Declaration of Steven M. Hecht in Support of: (A) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Hecht Declaration").

3.      Lowenstein Sandler is a national law firm with offices in New York, Washington, DC, Palo Alto, and Roseland, New Jersey.   Lowenstein Sandler has litigated numerous securities class actions in federal courts around the country, and has been appointed by courts to serve as lead or co-lead counsel in actions similar to this one. Lowenstein Sandler has also prosecuted numerous individual actions under the federal securities laws on behalf of institutional investors, and defended such actions.   A brief biography of the firm, and the attorneys in the firm who were primarily involved in this Action, is attached hereto as **Exhibit 1**.

4.      The schedule attached hereto in **Exhibit 2** includes a summary indicating the amount of time spent by attorneys and paraprofessionals of my firm who, from inception of this matter through and including August 18, 2016, billed five or more hours to this Action,

ROLNICK DECLARATION IN SUPPORT OF
MOTION FOR AN AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION EXPENSES
MASTER FILE NO. 2:14-cv-2571-MCE-KJN

and the lodestar calculation for those individuals based on my firm's historic billing rates.[1] The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm; those records are available for an *in camera* review at the Court's request.

5.      Time expended on this application for fees and reimbursement of expenses has not been included in Lead Counsel's lodestar calculation to the extent possible.  Because of (i) the overlap of certain factual and legal issues concerning both the final approval motion and Lead Counsel's fee and reimbursement request, and (ii) the fact that the Hecht Declaration concerns both motions, however, it was not practicable to eliminate from the lodestar all time spent on the fee application.  Also excluded from this application are any fees which my firm will incur to help administer the Settlement for the benefit of Settlement Class members should the Court grant final approval.

6.      The hourly rates charged by attorneys and paraprofessionals are Lowenstein Sandler's regular rates for contingent cases and those rates regularly charged to clients in hourly/non-contingent matters.  It is my belief, based on personal knowledge and experience, that the hourly rates charged by Lowenstein Sandler's attorneys and paraprofessionals are substantively similar to those rates customarily charged in New York and New Jersey, where these attorneys and paraprofessionals work, by counterparts of theirs with similar experience and qualifications in matters similar to this Action.  These rates have been accepted in other complex matters, including earlier this summer in connection with another securities class action settlement.  *See, e.g.*, *Dep't of Treasury of State of New Jersey v. Cliffs Nat. Res., Inc.*, No. 1:14-cv-1031 (N.D. Ohio), ECF Nos. 104-4 and 110.

7.      The total number of hours reflected in Exhibit 2 from inception through and including August 18, 2016 is 1,398.80.  The total lodestar reflected in Exhibit 2 for that

---

[1] The hourly rates set forth on Exhibit 2 are the "weighted average" of the standard hourly rates in effect for the timekeeper at the time the hours were spent.

ROLNICK DECLARATION IN SUPPORT OF
MOTION FOR AN AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION EXPENSES
MASTER FILE NO. 2:14-cv-2571-MCE-KJN

period is $853,221.50, consisting of $841,691.50 for attorneys' time and $11,530.00 for paraprofessional staff.   Lowenstein Sandler's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items.  Expense items are billed separately and such charges are not duplicated in Lowenstein's billing rates.

8.      Also as detailed in **Exhibit 2**, my firm is seeking reimbursement for a total of $436,879.91 in expenses incurred in connection with the prosecution of this Action.  These expenses were necessary to the effective prosecution of this action, and were expended solely for the Settlement Class's benefit.   The litigation expenses incurred in this Action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.  Lowenstein's expense records are available for an *in camera* review at the Court's request.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 25, 2016              /s/ *Lawrence M. Rolnick*
                                    Lawrence M. Rolnick

ROLNICK DECLARATION IN SUPPORT OF
MOTION FOR AN AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION EXPENSES
MASTER FILE NO. 2:14-cv-2571-MCE-KJN

-4-

# EXHIBIT 1

## LOWENSTEIN SANDLER OVERVIEW

Lowenstein Sandler is a leading national law firm. Our 300 lawyers in New York, Washington D.C., New Jersey, California and Utah immerse themselves in our clients' industries in order to deeply understand their businesses. We are characterized by our passion for our clients' success, our commitment to our people, and our pro bono and public interest work in the communities that we serve.

Our **Corporate Department** comprises approximately 160 attorneys. *Chambers USA: America's Leading Lawyers for Business* has praised the corporate practice as a "corporate powerhouse with great depth of practice" and quoted commentators who laud the group for being "first rate: a top firm." The size of the department and our lawyers' broad-based talent and experience enable us to offer our clients innovative, practical solutions to their matters.

We handle complex corporate transactions nationwide, in many different practice areas:

- Corporate Finance & Securities
- Derivatives
- Employee Benefits & Executive Compensation
- Intellectual Property & Patents
- Investment Management
- Lending & Financial Services
- Mergers & Acquisitions
- Mezzanine Financing

- Mortgage Banking & Structured Finance
- Private Equity
- Public and Private Offerings of Securities
- Real Estate and Real Estate Finance
- Tax
- Tech Transfer
- Trusts & Estates
- Venture Capital and Angel Investing

Our **Litigation Department** also continues to receive top rankings from the *Chambers USA* guide. The department, which comprises nearly 100 attorneys, includes seven former federal prosecutors and the former Comptroller of New Jersey. Among the firm's litigation practices recognized by the *Chambers USA* guide are general commercial litigation, insurance litigation, environmental litigation and white collar criminal defense. The publication notes that the litigation department "has always delivered high-quality advice and given strong guidance in complex and difficult situations."

Our litigation services encompass:

- Antitrust and Trade Regulation
- Appellate
- Class Action Litigation
- Commercial & Business Litigation
- Corporate Investigations & Integrity
- Employment
- Environmental Law & Litigation
- Health Care Litigation, Investigations & Compliance

- Fiduciary Counseling & Litigation
- Global Capital Markets Litigation
- Insurance Recovery
- Intellectual Property Litigation
- Media & Entertainment Litigation
- Products & Specialty Torts
- Securities Litigation
- White Collar Criminal Defense

Our **Bankruptcy, Financial Reorganization, and Creditors' Rights Department** comprises several of this country's top reorganization attorneys who advise clients in many of the nation's largest Chapter 11 cases, out-of-court workouts and financial restructurings. We have developed a national profile through our representation of unsecured creditors' committees as well as individual secured and unsecured creditors in Chapter 11 cases filed throughout the country. The practice is top-ranked in *Chambers USA* guide and is consistently ranked among the most active bankruptcy departments in the nation by *The Deal.*

# LOWENSTEIN Sandler

## LOWENSTEIN SANDLER HONORS & AWARDS

### *Chambers USA: America's Leading Lawyers for Business* (2016)
- #1 ranking (tie) for Corporate practice
- #1 ranking (tie) for Litigation: General Commercial, Insurance and White Collar Crime & Government Investigations practices
- #1 ranking (tie) for Environmental practice
- #1 ranking (tie) for Bankruptcy/Restructuring
- #1 ranking (tie) for Employee Benefits & Executive Compensation
- Additional practices cited for excellence:
    - Employment
    - Intellectual Property
    - Real Estate
    - Startups & Emerging Companies

### *The Legal 500* (2015)
- "Recommended" for Investment Fund Formation and Management: Alternative/Hedge Funds (National) (for the ninth consecutive year)
- "Recommended" for Mergers, Acquisitions and Buyouts:  Venture Capital and Emerging Companies
- "Recommended" for Mergers, Acquisitions and Buyouts: M&A: Middle-Market

### *Best Lawyers in America* (2008-2016)
- Two of our litigation partners, Douglas S. Eakeley and Michael B. Himmel named among the country's top "bet-the-company litigators"

### *The Deal* (2007-2015)
- Annually ranked among the most active bankruptcy departments in the nation
- Billed as #1 top national law firm to represent unsecured creditors (September, 2013)

### *Dow Jones Private Equity Analyst* (2010-2013)
- Ranked among the most active law firms in the nation for the number of private equity and venture capital deals negotiated and closed in 2009-2012

### *World Trademark Review* (2012-2016)
- Listed among the preeminent trademark practices in World Trademark Review 1000 - The World's Leading Trademark Professionals.
- The chair of our Trademark Enforcement & Prosecution group, Vanessa A. Ignacio, individually recognized among leading global trademark practitioners

### *Intellectual Asset Management (IAM)* (2016)
- Listed among the preeminent patent practices in IAM's Patent 1000 - The World's Leading Patent Practitioners 2016
- The chair of our Intellectual Property practice, Mark P, Kesslen, and partners Stephen R. Buckingham, Daniel Ovanezian, Robert J. Paradiso, and Marina Portnova were individually recognized among leading global patent practitioners

### *Intellectual Property Today* (2015)
- Ranked among top patent firms based on number of patents issued in 2014

### *Private Asset Management (PAM) Magazine* (2013-2015)
- Received "Best Law Firm – Client Service" award for three consecutive years

### *BTI Client Service A-Team* (2015)
- Recognized for outstanding client service to Fortune 1000 companies

### *The American Lawyer* (2016)
- Ranked 26th among *AmLaw* 200 firms for *pro bono* work for 2015

### *New Jersey Law Journal Pro Bono Ranking* (2006-2013)
- Ranked first in the state for *pro bono* work for eight consecutive years

# LOWENSTEIN SANDLER

## LITIGATION DEPARTMENT OVERVIEW

Lowenstein's Litigation Department is comprised of seasoned trial lawyers with extensive experience across multiple practices and industries.  The department works together seamlessly in bet-the-company litigation across jurisdictions both nationally and internationally.  Our clients range from emerging to Fortune 100, public and private companies in industries that include, life sciences, financial services, technology, energy, retail, real estate and health care.  Our goal is always to protect our clients' businesses – whether that means going to trial, appealing a decision, or working zealously to resolve matters outside of the courtroom.  While our lawyers have the skill and experience to try cases in any jurisdiction in the country, we understand that protecting our clients often requires avoiding the business interruption and unwanted public exposure caused by extensive litigation.

Our litigation services include:

- Antitrust and Trade Regulation
- Appellate
- Class Action Litigation
- Commercial & Business Litigation
- Corporate Investigations & Integrity
- Employment
- Environmental Law & Litigation
- Health Care Litigation, Investigations & Compliance
- Fiduciary Counseling & Litigation
- Global Capital Markets Litigation
- Health Care Litigation, Investigations & Compliance
- Insurance Recovery
- Intellectual Property Litigation
- Media & Entertainment Litigation
- Products & Specialty Torts
- Securities Litigation
- White Collar Criminal Defense

### Representative Matters

- Represented **Bristol-Myers Squibb Company** in over 550 environmental tort suits, consolidated in the state and federal courts of New Jersey, alleging personal injury, wrongful death, property damage and medical monitoring arising from claims that a historic manufacturing plant released toxic substances into the surrounding community.  The case was designated as a "mass tort" by the New Jersey Supreme Court.

- Representing a global company ("Company") that is accused of violating the Foreign Corrupt Practices Act ("FCPA").  The Company provides engineering and environmental consulting services to various federal, state, regional and local governmental and quasi-governmental agencies.  The lead enforcement agencies are the U.S. Attorney's office for the District of New Jersey along with the Department of Justice.  We previously secured a deferred prosecution agreement to resolve fraud allegations as part of a global agreement ("Global Agreement") that allowed the Company to remain a viable and successful contractor for governmental agencies, including the U.S. Agency for International Development.   The Global Agreement also resolved a civil qui tam action against the Company that was being pursued by the U.S. Department of Justice Civil Fraud section as well as the U.S. Attorney's office for the District of Maryland.  We successfully negotiated a new deferred prosecution agreement whereby the Company resolved issues concerning violations of the FCPA committed by some of its former officers and agents.

- Represented **Tesla Motors, Inc. (Tesla)** in an appeal challenging the New Jersey Motor Vehicle Commission's (MVC) adoption of amendments to the regulations governing the issuance of new car dealer licenses.  The appeal asserted that the amendments were ultra vires because they exceeded the scope of the MVC's statutory authority and violated the New Jersey Constitution. We also represented Tesla in an Open Public Records Act (OPRA) suit challenging the MVC's refusal to provide Tesla with access to public government records related to the MVC's proposal and adoption of the regulatory amendments being challenged in the appeal.  The pressure from

**LOWENSTEIN
SANDLER**

the litigation, in combination with Tesla's lobbying proved successful, as the State of New Jersey recently enacted a law permitting Tesla to operate and sell in New Jersey.

- Represented **The Prudential Insurance Company of America** , as well as other Prudential subsidiaries and funds, in a common law fraud and RICO lawsuit against Morgan Stanley in New Jersey state court that arose from Prudential's purchase of approximately $1 billion in residential mortgage-backed securities (RMBS) between 2004 and 2007. Prudential alleged that Morgan Stanley made false statements and omitted material facts regarding the collateral underlying the RMBS, including that mortgages met underwriting guidelines, and that homes securing the loans were properly appraised. In December 2015, on behalf of our client, we reached a confidential settlement.

- Represented a Chinese insurer, in a bitterly contested arbitration venued in Hong Kong against a multi-national company based in the U.S. An International Chamber of Commerce arbitral tribunal issued an approximately $500 million award in favor of our client.

- Represented one of the plaintiffs in *Jarwick Developments, Inc. v. Wilf*, a high-profile matter against the owner of the Minnesota Vikings. The plaintiffs and defendants are each partial owners of a partnership that developed and operated a large apartment complex. The defendants have been ordered to pay our client approximately $51 million in total damages. The defendants have also been ordered to pay our client's legal fees. At plaintiffs' request, the court ordered the dissolution sale of the apartment complex, which sold for more than $130 million, with our client receiving 25% of the net proceeds. We are currently handling the appeal and cross-appeal of the matter.

- Representing the **New Jersey Department of Treasury and the Division of Investment** (collectively, "New Jersey") in a plaintiffs' securities class action lawsuit against Cliffs Natural Resources, Inc., and certain of its senior executives in the Northern District of Ohio. The action, which was filed in May 2014, asserts securities fraud claims under the Securities Exchange Act of 1934 on behalf of investors in Cliffs' common stock and certain other securities. Our client was appointed Lead Plaintiff in the matter, and our firm was appointed Co-Lead Counsel. An Amended Consolidated Complaint, filed in August 2014, alleged that fraudulent statements and omissions by the company and key insiders resulted in class losses of more than $1.0 billion. In February 2016, Cliffs settled for $84 million, subject to court approval.

- Represented **IKB Deutsche Industriebank** and won a dismissal of a $1.875 billion claim brought in New York by financial guarantor FGIC. FGIC was attempting to rescind a financial commitment issued in the United Kingdom as loss protection to a structured vehicle; the matter involved a complex array of credit default swaps and underlying collateralized debt obligation (CDO) assets.

- Represented **Merck & Co., Inc.**, in the dismissal of civil Racketeer Influenced and Corrupt Organizations Act (RICO), Consumer Fraud Act and other claims brought by a putative class of third-party payors in which the plaintiffs alleged injury from our client's supposed marketing of oncology drugs for "off-label" indications. The dismissal was later upheld by the Third Circuit.

- Represented a special committee of the board of directors of **Johnson & Johnson** in an investigation into a shareholder demand related to the company's compliance with FDA current Good Manufacturing Practice ("cGMP") regulations and alleged off-label promotional practices involving Risperdal, among other pharmaceuticals. After conducting a thorough investigation, we issued a report to the special committee recommending that the shareholder demand should be rejected.

# LOWENSTEIN SANDLER

## SECURITIES LITIGATION

Navigating financial markets has always been precarious, but for those with a good command of those markets, the rewards can be great. This is especially true in our current economic climate, when the financial industry faces a maze of new regulations and an unstable economy. While the regulatory framework may aim to protect financial markets' integrity, no clear policy objective exists in the legal world. Judges are left to try to strike the right balance between expanding the liability of financial institutions and maintaining a high bar for investor lawsuits.

The murky legal landscape for securities matters adds new challenges for institutional and individual investors: at what point does risk or creativity lead to legal liability? When the risk transitions from economic to legal, individuals and companies can benefit immensely from the fast and deliberate action of experienced lawyers who have a sound knowledge of historic and current legal developments.

At Lowenstein, we have a diverse team of seasoned lawyers who successfully handle securities litigation across the country on behalf of defendants and plaintiffs. Our experience is so in-depth and long-standing that the firm founded the New Jersey State Bar Association's Committee on Securities Litigation and Regulatory Enforcement. Our diverse team regularly handles claims asserted under Sections 10(b), 14(a) and 18 of the Securities Exchange Act of 1934 (the "'34 Act") and Sections 11 and 12 of the Securities Act of 1933 (the "'33 Act").

We also handle shareholder class actions, derivative actions, claims by shareholders who opt out of a class, litigation arising from proxy contests, mergers and acquisitions, Section 16(b) disgorgement, and appraisal rights. In addition, our attorneys have acted as arbitrators for the Financial Industry Regulatory Authority (FINRA).

## Types of Clients

- Institutional and private investment funds
- Hedge funds
- Officers, directors and employees
- Public companies
- Broker-dealers
- Mortgage bankers/lenders

## Representative Matters

### Opt-out Litigation

- Represented a large, international fund in claims related to Section 10(b) of the '34 Act and Sections 25400 and 25500 of the California Corporations Code.

- Represented 23 funds by global asset manager in claims related to Sections 10(b) and 20(a) of the '34 Act and Sections 25400 and 25500 of the California Corporations Code. We achieved a confidential settlement in full and final resolution of the claims.

- Served as co-lead counsel in a securities fraud class action filed in the Eastern District of Texas (*In re Electronic Data Systems Corporation Securities Litigation*). The matter settled for $137.5 million, one of the largest settlements ever against a corporation that had not issued a restatement for the relevant class period. We represented the plaintiffs.

### Claimant Representation

- Represented W.R. Huff Asset Management Co., L.L.C., in a federal securities fraud action to recover hundreds of millions of dollars in losses arising out of the purchase of debt securities of Adelphia Communications Corporation. The action asserted claims against Adelphia's founders and former directors and officers, former auditors, certain underwriters, and other professionals involved in the issuance of Adelphia's debt securities, under Sections 11, 12 and 15 of the '33 Act and Sections 10(b), 18 and 20 of the '34 Act. The claims against Adelphia's outside directors, its auditor and its underwriters were successfully settled on confidential terms.

**Lowenstein Sandler**

- Represented Special Situations Fund III, L.P., in a securities class action against Quovadx, Inc. Plaintiffs sought relief under Sections 11 and 15 of the '33 Act against Quovadx and its officers and directors. Plaintiffs asserted claims for false statements and omissions made by Quovadx in a Form S-4 Registration Statement filed with the SEC for the issuance of securities in connection with the exchange of shares with Rogue Wave Software, Inc. We were able to broker a successful settlement for the client.

- Represented a group of senior lenders under a credit agreement in an action against Freescale Semiconductor, Inc. The breach of contract and declaratory judgment action was brought by several funds affiliated with institutional investors which lent approximately $400 million to Freescale. Plaintiffs alleged that Freescale breached the credit agreement when it issued approximately $924 million in incremental term loans. The case was successfully settled on confidential terms.

### Derivative Litigation and Shareholder Rights

- Successfully defended Rule 10b-5 claims in *In re Emerson Radio Corp. Securities Litigation*. Our client's arguments against the sufficiency of the complaint, including against plaintiff's loss causation allegations, were accepted by the court, which dismissed the action.

- Represented a media company in a stock option backdating case in which the court dismissed the plaintiff's complaint and also denied plaintiff's request for leave to replead and file a further amended complaint.

### Rankings

Our practice group has received top honors from *Chambers USA*, which ranked us as Band 1 in New Jersey.

# LOWENSTEIN
# SANDLER

## CLASS ACTION LITIGATION

Class actions and other multi-plaintiff litigation present significant legal and economic risks to all companies. Many general counsel rate class actions among their companies' highest litigation concerns, given the kinds of claims that can be brought by consumers, shareholders, and other stakeholders. These matters often present risks beyond the potential exposure in the class action itself, including possible damage to the defendant's brand and public reputation. Consumer privacy and data security claims present precisely such risks, and class actions asserting such claims are among the fastest-growing segment of multi-plaintiff litigation.

Our nationally recognized Class Action Litigation Group focuses on developing early case assessments to determine the right strategy to defend these cases – whether it is defeating class certification, taking the case to trial, or seeking a settlement on favorable terms. We are known for our ability to synthesize massive claims and to address complex "bet-the company" cases in an efficient and cost-effective manner. We employ our deep experience in the life sciences, hospitality, telecommunications, and utility industries to craft solutions, and often use the applicable regulatory regime to limit the client's potential exposure. We pride ourselves on efficiency and lean staffing, and we regularly apply legal project management and, when appropriate, utilize fee arrangements other than the billable hour.

We are particularly adept at defending against class actions alleging claims under consumer protection, securities, and environmental laws, and we have prevented class certification or secured orders decertifying classes in the early stages of these types of litigation. Whatever the legal challenge, our team can effectively respond, resolving disputes while meeting the legal and business objectives of our clients.

We also work to shape this evolving area of the law by appearing as counsel for amicus curiae in appellate matters of particular importance. We represent as amici such public interest organizations as the United States Chamber of Commerce and the New Jersey Civil Justice Institute.

### Industries
- Pharmaceuticals
- Telecommunications
- Financial services
- Food, beverage and consumer products
- Hospitality
- Technology
- Chemical and industrial manufacturing

### Representative Matters

#### Consumer Fraud Class Actions
- We currently represent several start-up technology companies that sell goods and services over the Internet that have been accused of deceptive sales practices under the California Automatic Renewal Law, the California Unfair Competition Law, and New York General Business Law sections 349 and 350.

- We have a leading practice in defending investor-owned utilities against class action claims arising from widespread blackouts. We defeated certification of a class suing a Massachusetts utility for power outages caused by an ice storm in a matter litigated to that state's highest appellate court. We defeated certification of a class of more than one million customers suing a utility for Hurricane Sandy outages. In another case that sought damages on behalf of 150,000 customers who lost power when an electric utility implemented rolling blackouts, we won the first-ever decertification of a class action pending in New Jersey state court, as well as a decision dismissing a classwide damages model that established new law on the admissibility of such models.

- We have defeated class actions against the pharmaceutical and life sciences industries. In a key decision from the Third Circuit Court of Appeals, we secured dismissal of civil RICO, consumer fraud, and other claims brought by a putative class of third-party payors, in which the plaintiffs alleged injury from the defendant's supposed marketing of oncology drugs for "off-label" indications. We also defend branded pharmaceutical companies in "pay for delay" class actions

**LOWENSTEIN
SANDLER**

by third-party payors arising out of patent litigation settlements. In a case against a leading sunscreen manufacturer, we employed the monograph system of the Federal Food, Drug, and Cosmetic Act to secure dismissal of consumer fraud claims. Similarly, we secured dismissal of consumer fraud claims against a leading manufacturer of animal health products accused of hiding safety risks of a spot-on pesticide, and then resolved the remaining claims on a non-class basis.

- We commonly represent telecommunications carriers in class litigation. We defeated certification of a class of real estate developers suing a large telecommunications company claiming they had been improperly charged for expenses involved in relocating infrastructure in order to accommodate their developments. In another case involving claims of deceptive sales of inside wire maintenance plans, we defeated certification of consumer fraud claims and then settled antitrust claims for corrective disclosure to the class. In another case, we achieved a nationwide settlement of claims that a carrier charged unlawful early termination fees, which ended lengthy litigation in California.

- In our practice defending hospitality companies, we defeated class certification in an action against a global timeshare exchange company by a nationwide class asserting claims for violation of consumer protection laws. In another matter where we defended a company that conducted art auctions on cruise ships, we won appellate reversal of class certification in a case alleging that auctioneers committed consumer fraud by faking bids and employing other deceptive practices. We also have successfully resolved class action complaints involving millions of putative class members alleging violations of the New Jersey Consumer Fraud Act and claims for breach of membership agreements.

### Truth-in-Consumer Contract Warranty Notice Act (TCCWNA) Class Actions

- We won dismissal with prejudice of a TCCWNA class action pending in federal court against a nationwide home security monitoring vendor, where the plaintiff claimed that the form contract used by the defendant violated the Door-to-Door Retail Installment Sales Act and other statutes.

- We won dismissal of parallel TCCWNA class actions against car dealers challenging the order forms used for vehicle leases and sale, where the plaintiff contended that the phrase "unless prohibited by law" violated the TCCWNA and entitled all lessees and purchasers to statutory penalty damages.

- We currently represent a nationwide self-storage company in a TCCWNA class action challenging its form of lease agreement, contending that the form of agreement violates the Self-Storage Act, the Bankruptcy Code, and other authority.

- We won dismissal of TCCWNA claims against a telecommunications carrier challenging its terms of agreement for provision of certain kinds of services to business customers.

- We have appeared as counsel for amicus curiae for the United States Chamber of Commerce and New Jersey Civil Justice Institute in trial court and appellate matters regarding the scope of TCCWNA liability and the certification of classes under TCCWNA.

### Environmental

- We defended a large pharmaceutical company in a mass tort proceeding involving over 500 environmental tort suits, consolidated in the state and federal courts of New Jersey, alleging personal injury, wrongful death, property damage, and medical monitoring arising from claims that a historic manufacturing plant released toxic substances into the surrounding community.

- We represented a client in a putative state class action involving property damage allegedly suffered by area homeowners as a result of environmental discharges from the company's facility.

- We represented a client in a putative class action filed on behalf of more than 1,000 individuals in which the plaintiffs alleged that they contracted cancer and other illnesses, and incurred property damage, as a result of releases of chemical contaminants from two manufacturing plants.

**LOWENSTEIN
SANDLER**

### Securities Fraud

- We represented a pharmaceutical company and certain individual defendants in a Rule 10b-5 securities class action arising out of a market capitalization loss of approximately $10 billion following the issuer's announcement of manufacturing problems cited by the FDA and a delay in the approval of a new pharmaceutical product.

- We represented a pharmaceutical company as co-counsel in the defense of parallel securities fraud and shareholder derivative claims arising out of the clinical trial of one of the company's flagship products.

- We represented a leading accounting firm as co-counsel in a matter involving federal securities and common law claims arising from an alleged failure to discover alleged fraudulent practices while serving as the independent auditor.

### Derivative & Corporate Governance

- We represented an Ivy League university in a prominent derivative litigation that raised a number of issues of first impression involving donor intent, academic freedom, and the fiduciary duties of directors of a supporting charitable corporation.

- We served as counsel to the special committee of the board of directors of a leading pharmaceutical company, in connection with claims asserted in various shareholder demand letters and derivative complaints. Pursuant to those shareholder demands, we investigated claims regarding alleged off-label promotion of pharmaceuticals and alleged violations of the FDA's Current Good Manufacturing Practice regulations, which in turn led to numerous product recalls.

- We represented a global pharmaceutical company as co-counsel in a shareholder derivative action relating to alleged breaches of fiduciary duty by certain senior officers and directors in connection with alleged failures to disclose how certain manufacturing difficulties might affect FDA approval of a new pharmaceutical product.

- We represented a special litigation committee of the board of directors of a nationwide provider of financial guarantee insurance in connection with shareholder derivative litigation in federal and state courts that alleged wrongdoing regarding the issuance of financial guarantees on structured products.

- We represented the officers and directors of a public company and successfully opposed a derivative action brought in federal and state courts in New York in connection with alleged accounting irregularities. After we filed motions on behalf of the special litigation committee to terminate both actions, the federal and state plaintiffs withdrew their complaints.

### Rankings & Recognition

We have been identified as a top litigation practice by *Chambers USA: America's Leading Lawyers for Business*.

# LOWENSTEIN SANDLER

## WHITE COLLAR CRIMINAL DEFENSE

White collar criminal defense is high stakes and requires both smart and fast action. In recent years, state and federal prosecutions have become more complicated and multifaceted, often involving parallel criminal, civil and regulatory issues. The increasingly complex world of corporate compliance may mean that even the most scrupulous corporation or executive may become the target of an investigation.

As soon as you know that you or your company is being investigated, a strategic response is needed. Missteps could result in protracted or expanded investigations and, eventually, prosecutions. Experienced lawyers with the strategic and tactical know-how are critical to developing your response.

At Lowenstein, we have a team of seasoned lawyers – including seven former federal prosecutors – who have successfully represented clients to avoid criminal prosecutions, reduce devastating publicity, minimize follow-on negative consequences and, when necessary, defend clients in criminal proceedings. Our team includes experienced trial lawyers who can defend clients in state and federal courts across the country. It also includes lawyers well-versed in the ins and outs of internal investigations and board matters, conducting such reviews with minimal corporate disturbance.

Lowenstein's white collar defense lawyers have a proven track record of obtaining highly favorable outcomes in prosecutions. But some of our greatest successes are the nonpublic resolutions we achieve in extremely sensitive matters. We have defended clients before the Department of Justice, SEC, United States Attorneys Offices, State Attorney Generals' Offices, IRS, Federal Reserve Bank and FINRA, among others.

### Types of Clients
- Individuals
- Corporations
- Boards of Directors
- Audit Committees

### Representative Matters
- Representing a global company ("Company") that is accused of violating the Foreign Corrupt Practices Act ("FCPA").  The Company provides engineering and environmental consulting services to various federal, state, regional and local governmental and quasi-governmental agencies.  The lead enforcement agencies are the U.S. Attorney's office for the District of New Jersey along with the Department of Justice.  We previously secured a deferred prosecution agreement to resolve fraud allegations as part of a global agreement ("Global Agreement") that allowed the Company to remain a viable and successful contractor for governmental agencies, including the U.S. Agency for International Development.   The Global Agreement also resolved a civil qui tam action against the Company that was being pursued by the U.S. Department of Justice Civil Fraud section as well as the U.S. Attorney's office for the District of Maryland.  We successfully negotiated a new deferred prosecution agreement whereby the Company resolved issues concerning violations of the FCPA committed by some of its former officers and agents.

- Represent an individual in connection with involvement in alleged mismarking of a mortgage bond portfolio while employed at a large investment bank. The matter involves the U.S. Attorney's Office for the Southern District of New York and the SEC.

- Represent an individual who operates a chemical business. Both he and his company are being investigated for alleged dumping practices related to chemical imports from China and Vietnam. The U.S. Attorney's Office of the Southern District of Ohio is heading the investigation.

- Represent a physician under investigation by the U.S. Attorney's Office for the Southern District of New York in connection with alleged fraudulent medical billing practices.

- Represent an individual under investigation for alleged collusion in the bidding on and purchasing of tax liens from New Jersey municipalities. The individual is being investigated by federal grand jury run by the New York field office of the DOJ's Antitrust Division.

**Lowenstein Sandler**

- Represent an individual in connection with a DOJ inquiry into foreign banks' facilitation of offshore tax evasion.

- Represent an agency of the government of the Republic of China in its defense against a bankruptcy adversary proceeding arising from the Bernie L. Madoff Investment Securities recovery.

- Represent an individual in connection with an SEC investigation concerning the potential mismanagement and/or misappropriation of funds of a multibillion dollar international hedge fund.

- Represented an individual in connection with a criminal investigation into the embezzlement of over $10 million from a New Jersey-based hedge fund with $2 billion under management. The investigation was carried out by the U.S. Attorney's Office, District of New Jersey, and the IRS Criminal Division.

- Represented two Swiss hedge funds in connection with an insider trading case brought by the SEC in the Southern District of New York. After over six months of fact and expert discovery, the SEC moved to dismiss the case without prejudice, and the funds posted in escrow were returned to our clients.

## Rankings

- Our practice group has received top honors from *Chambers USA* for several years running. In the most recent edition of the *Chambers USA* New Jersey ranking, a client commented that, "The attorneys have tremendous depth of knowledge, exceptional research and writing skills and excellent oratory skills. They really think about the type of matter it is and assign the right individuals to it."

# LOWENSTEIN Sandler



**Lawrence M. Rolnick**
Partner and Chair, Securities Litigation Group

Tel 973.597.2468 Fax 973.597.2469
E-mail: lrolnick@lowenstein.com

## Practice

Lawrence M. Rolnick is the Chair of Lowenstein Sandler's Securities Litigation Group. He has over 30 years of experience in complex commercial litigation, with a particular emphasis on securities litigation. His primary focus is the recovery of losses, on behalf of hedge funds and investment managers, arising from securities fraud. He also represents public companies and their directors and officers in defense of alleged breach of fiduciary duty claims, SEC investigations, civil enforcement proceedings, and securities claims.

Lawrence has been instrumental in recovering hundreds of millions of dollars for professional investors who have suffered losses arising from securities fraud. Additionally, he has led large appraisal rights litigation matters on behalf of professional investors and event-driven funds. Lawrence also represents lenders who purchase bond or syndicated loans and suffer losses from indenture violations or fraud.

A seasoned litigator, Lawrence is frequently seen on network television as a commentator on securities litigation issues. He is also a contributing author to the firm's Appraisal Rights Litigation Blog.

## Representative Experience

- Represented Appaloosa Management, Franklin Mutual Advisers, and W.R. Huff Asset Management Co. and recovered hundreds of millions of dollars of claims arising out of the Adelphia securities scandal.
- Represented Franklin Templeton Investments in a direct action against American International Group, Inc. for securities fraud related to allegations that AIG inflated its earnings and paid illegal commissions in a bid-rigging scheme. In April 2015, Franklin won an appeal before the Second Circuit Court of Appeals, and the panel reversed a dismissal by the District Court and remanded for further proceedings. In August 2015, the matter was settled.
- Representing Appaloosa in claims arising out of the structured finance underlying the $5 billion sale of Stuyvesant Town in New York City.
- Represented largest institutional equity investor in direct claims for alleged securities fraud against MF Global and former New Jersey Governor Jon Corzine.
- Currently representing Jet Capital Investors in the United States District Court for the Southern District of New York against American Realty Capital Properties Inc. and several of its former senior executives in connection with the recently disclosed accounting fraud.
- Represented a hedge fund investor in Aeroflex Holding Corp. who pursued its statutory right to appraisal in Delaware following the company's acquisition by British defense contractor Cobham plc for $1.5 billion. The case was favorably resolved by a confidential settlement prior to trial.
- Currently representing Discovery Capital Management in a direct action against Petrobras and others arising from Petrobras' alleged bid-rigging and kick-back scheme.

- Currently representing Peak 6 Investments and W.R. Huff Asset Management Co. in BP Plc., in a direct action to recover for securities fraud related to BP's alleged misstatements surrounding the Deepwater Horizon oil rig disaster.
- Represented the largest outside investor group in CKx, Inc. (n/k/a CORE Media Group) who pursued their statutory right to appraisal of their more than $50 million stake in the Company following the acquisition of CKx by an affiliate of Apollo Global Management in 2011. CKx was the owner and manager of American Idol.
- Represented the Magnetar Funds in their appraisal claims against Dell, Inc., an appraisal case involving nearly half a billion dollars' worth of Dell shares brought by shareholders challenging the value of the merger price paid by Michael Dell and Silver Lake in their take-private acquisition of Dell in October 2013. The case was tried in the Delaware Chancery Court in October 2015 and a decision has not yet been rendered.
- Currently representing a hedge fund investor in Digital River, Inc. who is pursuing statutory appraisal rights in Delaware arising out of Digital River's merger acquisition by an investor group led by Siris Capital Group, LLC.
- Represented a group of senior lenders under a credit agreement in an action against Freescale Semiconductor, Inc. The breach of contract and declaratory judgment action was brought by several funds affiliated with institutional investors ING, INVESCO, Babson, Denali, Eaton Vance and others, which lent approximately $400 million to Freescale. Plaintiffs alleged that Freescale breached the credit agreement when it issued approximately $924 million in incremental term loans. The case was successfully settled on confidential terms.
- Represented Special Situations Funds in a securities fraud involving Suprema Cheese, including successful appeal to Third Circuit Court of Appeals.

## Other Distinctions

- *Chambers USA: America's Leading Lawyers for Business* (2003-2016)
- *The Best Lawyers in America* (2011-2016) – Business Litigation
- *Super Lawyers* (2005-2016) – Securities Litigation

## Education

- **Rutgers University School of Law - Newark** (J.D., 1984), *cum laude, Officer, Rutgers Law Review*
- **Rutgers, The State University of New Jersey** (B.A., 1981), *with high honors, Henry Rutgers Scholar*



# LOWENSTEIN Sandler



**Marc B. Kramer**
Partner

Tel 973.597.2426 Fax 973.597.2427
E-mail: mkramer@lowenstein.com

## Practice

Marc brings a broad range of experience to his complex commercial litigation practice, with a particular emphasis on securities litigation. His areas of focus include class action opt-out litigation, Delaware appraisal rights, and bondholders' rights. His experience includes the prosecution of a number of successful class action and class action opt-out litigation matters. Marc has also successfully litigated numerous Delaware Chancery Court appraisal actions on behalf of minority shareholders, as well as breach of fiduciary duty and partnership disputes.

Marc has represented hedge funds, mutual funds, investment advisors, and other institutional investors. His clients have included Appaloosa Management, Jet Capital Investors, Franklin Templeton Investments, Franklin Mutual Advisers, HealthCor, Nokota Management, Chatham Asset Management, Discovery Capital Management, and Special Situations Funds, among many others.

Marc also contributes to Lowenstein Sandler's Appraisal Rights Litigation Blog–a forum   devoted to educating investors about the use of appraisal rights    to increase their returns in M&A deals.

## Representative Experience

- Currently representing Jet Capital Investors in the United States District Court for the Southern District of New York against American Realty Capital Properties Inc. and several of its former senior executives in connection with the recently disclosed accounting fraud.
- Represented a hedge fund investor in Aeroflex Holding Corp. who pursued its statutory right to appraisal in Delaware following the company's acquisition by British defense contractor Cobham plc for $1.5 billion. Cobham acquired Aeroflex for the price of $10.50 per share, which the petitioner contended significantly undervalued the company. The case was favorably resolved by a confidential settlement prior to trial.
- Currently representing a hedge fund investor in Digital River, Inc. who is pursuing statutory appraisal rights in Delaware arising out of Digital River's merger acquisition by an investor group led by Siris Capital Group, LLC.
- Currently representing Discovery Capital Management in a direct action against Petrobras and others arising from Petrobras' alleged bid-rigging and kick-back scheme.
- Currently representing Peak 6 Investments and W.R. Huff Asset Management Co. in BP Plc., in a direct action to recover for securities fraud related to BP's alleged misstatements surrounding the Deepwater Horizon oil rig disaster.
- Represented the largest outside investor group in CKx, Inc. (n/k/a CORE Media Group) who pursued their statutory right to appraisal of their more than $50 million stake in the Company following the acquisition of CKx by an affiliate of Apollo Global Management in 2011. CKx was the owner and manager of such iconic brands as American Idol, Elvis Presley Enterprise, and Muhammad Ali.
- Represented Franklin Templeton Investments in a direct action against American International Group, Inc. for securities fraud related to allegations that AIG inflated its earnings and paid illegal commissions in a bid-

rigging scheme. In April 2015, Franklin won an appeal before the Second Circuit Court of Appeals, and the panel reversed a dismissal by the District Court and remanded for further proceedings. In August 2015, the matter was settled.

- Represented Special Situations Funds in Delaware appraisal action involving Leucadia's acquisition of MK Resources.
- Represented Appaloosa Management, Franklin Mutual Advisers, and W.R. Huff Asset Management Co. in the prosecution of hundreds of millions of dollars of claims arising out of the Adelphia securities scandal.
- Represented Franklin Mutual Advisers in direct claims for securities fraud against Tyco International and certain of its former officers.
- Represented largest institutional equity investor in direct claims for alleged securities fraud against MF Global and former New Jersey Governor Jon Corzine.
- Currently representing a prominent institutional investor in direct claims for alleged securities fraud against Allscripts Healthcare Solutions, Inc.
- Currently representing a prominent institutional investor in direct claims for alleged securities fraud against QuestCor Pharmaceuticals, Inc.
- Represented lead plaintiffs in the Quovadx securities litigation in the United States District Court for the District of Colorado.
- Represented Franklin Mutual Advisers in opt-out actions to recover damages for securities purchases made by various Franklin funds in Beazer Homes and Maxim Integrated.
- Represented Special Situations Funds in a separately filed companion case to the Suprema class action for damages for securities purchased by SSF in Suprema Specialties.

## Education

- **Dickinson School of Law** (J.D., 1987), *Dickinson Law Review*
- **Rutgers, The State University of New Jersey** (B.A., 1984)



# LOWENSTEIN Sandler



**Steven M. Hecht**
Partner

Tel New York: 646.414.6902 New Jersey: 973.597.2380 Fax 973.597.2381
E-mail: shecht@lowenstein.com

## Practice

Steven Hecht firmly believes that building relationships based on trust — with clients, juries and even adversaries, where possible — results in the best solutions to disputes. A securities and complex commercial litigator who focuses on corporate governance and shareholder rights, Steve brings an authentic concern and an agile intellect to his understanding of clients' businesses and goals, and then he relentlessly pursues the best course, whether by litigation or by negotiated settlement. As a result, his client relationships are robust and long-standing.

Steve is the co-creator and a contributing author of the firm's Appraisal Rights Litigation Blog, a forum   devoted entirely to educating professional investors about an   underutilized but highly effective mechanism to increase their returns in M&A deals.

Steve defends corporate directors and officers from fiduciary duty claims and represents financial clients in contract and other business disputes. He also litigates complex securities and business transactions, prosecutes shareholder disputes and represents individual and corporate clients before securities regulators. Steve's clients include investment funds and their portfolio companies, securities broker-dealers, mortgage lenders and servicers, public and privately held companies and their executives, as well as individual investors and shareholders.

Steve has defended clients before the SEC, FINRA, the CFTC and the New Jersey Bureau of Securities, and he regularly appears in New York, New Jersey and Delaware courts. He is a member of the Board of Arbitrators for FINRA.

## Representative Experience

- Defended client's constitutional right to a jury before Maryland's highest court. Watch the argument here.
- Represented securities issuers against Rule 10b-5 claims in securities class actions.
- Defended a corporate client in stock option backdating claims and defended investors in claims for disgorgement of insider short-swing profits under Section 16(b).
- Represented shareholders in appraisal rights and other minority rights cases.
- Represented and negotiated as corporate counsel a settlement for a complex derivative action alleging related-party transactions and then challenged and substantially reduced the plaintiff's attorneys' fees, as reported at In re Emerson Radio Shareholder Derivative Action, 2011 WL 1135006 (Del. Ch. 2011).
- Represented a private foreign satellite manufacturer in a business dispute, as reported at NML Capital, Ltd. v. The Republic of Argentina, 2011 WL 1533072, (S.D.N.Y. Aug. 30, 2011), vacated as moot on other grounds, 2012 WL 4123151 (2d Cir. 2012).
- Represented a secondary mortgage purchaser against claims of predatory lending and discrimination, as reported at Grimes v. Fremont General Corp. et al., 785 F. Supp.2d 269 (S.D.N.Y. 2011).
- Defended a national mortgage servicing company against a purported class action claiming allegedly improper and unauthorized fees in connection with the mortgage foreclosure process, as reported at Perkins v. WaMu et al., 655 F. Supp.2d 463 (D.N.J. 2009).

- Defended a mortgage lender against a claim for predatory lending, fraud, violation of the Truth in Lending Act and RESPA, as reported at Sutherland v. REMAX 2000, Ask Realty Inc. & Wells Fargo Bank, 872 N.Y.S. 2d 693 (N.Y. Sup Ct. 2008).
- Represented an online communications company in an action concerning the timely exercise of a contractual option to renew a license under a source code agreement, as reported at FaceTime Communications, Inc. v. Reuters Limited, 2008 WL 2853389 (S.D.N.Y. July 22, 2008).
- Represented a former controlling stockholder in defense of the sale of a majority block of stock to competitors, resulting in a landmark decision of the Delaware Chancery Court, reported at Abraham v. Emerson Radio Corp., 901 A.2d 751 (Del. Ch. 2006).

## Other Distinctions

- *Super Lawyers* (2010–2016) – Selected by his peers for his securities litigation, corporate governance and compliance, and business litigation practices (previously selected as a Rising Star).
- *New Jersey Law Journal* (2006) – Named one of New Jersey's "40 Under 40" for his career achievements and potential to be "among the leaders of the New Jersey bar."

## Education

- **Harvard Law School** (J.D., 1992), *cum laude*
- **Haverford College** (B.A., 1989), *Phi Beta Kappa*



# LOWENSTEIN Sandler



**Thomas E. Redburn**
Partner

Tel 973.597.2456 Fax 973.597.2457
E-mail: tredburn@lowenstein.com

## Practice

Thomas E. Redburn, Jr. is a Partner in the firm's Litigation Department, and Securities Litigation & Enforcement and Insurance Law Practice Groups. Thomas has broad experience in securities, complex commercial, insurance and environmental litigation, with a strong emphasis on federal securities litigation.

Thomas's securities litigation experience includes the representation of institutional investors in federal securities law actions arising from the collapse of Adelphia Communications Corporation. He has also defended several companies named in federal securities class actions, assisted various clients in responding to investigations by the United States Securities and Exchange Commission, and represented both claimants and defendants in arbitration proceedings before the Financial Industry Regulatory Authority.

Thomas has also represented clients in a wide array of complex civil litigation. He recently represented a New Jersey company in litigation commenced by the purchasers of the client's former manufacturing division seeking to rescind the deal. He represented a mortgage lender in a class action suit commenced in New Jersey state court over mortgage late fees, as well as a mortgage broker named as a defendant in a class action in federal court in New York under the anti-kickback provision of the Real Estate Settlement Practices Act. His experience has also included the representation of a large chemical company before the United States Court of Appeals for the Third Circuit in the successful defense of an appeal from a favorable judgment in an environmental insurance coverage action, the representation of several large companies in cost recovery litigation under the Comprehensive Environmental Response, Compensation and Liability Act, and the representation of a property owner in litigation challenging an anti-development master plan and residential zoning ordinance adopted by a municipality in Warren County, New Jersey. Thomas has also represented numerous individuals in connection with claims for health and disability insurance coverage against several major insurance carriers and health maintenance organizations and in employee benefits litigation under the federal Employee Retirement Income Security Act.

## Education

- **Cornell University Law School** (J.D., 1995), *magna cum laude, Editor, Cornell Law Review*
- **The Johns Hopkins University** (B.A., 1992), *with University and Department honors*

# LOWENSTEIN Sandler



## Lynda A. Bennett

Partner and Chair, Insurance Recovery Group, Member, Executive Board

Tel 973.597.6338 Fax 973.597.6339
E-mail: lbennett@lowenstein.com

## Practice

Corporate policyholders rely on Lynda to aggressively litigate, negotiate, and resolve complicated disputes with insurers. To date, she has secured hundreds of millions of dollars in insurance recoveries for her clients.

With more than 20 years of commercial litigation experience, Lynda understands that it is generally not in the best interests of corporate policyholders to engage in protracted and costly litigation, especially when doing so may disrupt business and lead to unwelcome public attention. Her goal is to assess and resolve disputes in a manner that achieves successful outcomes for her clients while minimizing interruptions to business as usual. However, if litigation becomes necessary, she has a keen sense of strategy and will exert maximum leverage to resolve claims as quickly as possible.

Lynda has obtained significant recoveries for clients in environmental, asbestos, construction defect, mass tort, product liability, D&O, and professional liability cases. She also counsels clients with respect to contractual insurance requirements, new insurance products (such as cyber insurance), innovative risk management tools, and insurance program assessment. Working with the firm's transactional lawyers, Lynda regularly advises strategic acquirers and private equity funds regarding insurance coverage issues that arise in acquisition and investment transactions.

Lynda has chaired the Insurance Recovery group since 2011 and is a member of the firm's Executive Board and Compensation Committee. She previously served on the firm's Operating Committee and Recruiting Committee, and is currently actively engaged in growing the firm's Washington, DC, office through the expansion of the Insurance Recovery group in Washington.

Lynda is strongly committed to advancing the role of women in the legal profession. She is a founder of the firm's Women's Initiative, is active in legal industry women's groups, and serves as a board member and past president of the New Jersey Women Lawyers Association. She is also an active participant in a firmwide initiative to help junior attorneys develop their networking, business development, and branding skills.

## Representative Experience

- We represent a real estate developer who purchased 8 tracts of land from Consolidated Rail Corporation. Shortly after the real estate transaction closed, the developer's title to the Properties was challenged by the municipality and several public interest groups. Our Insurance Recovery Group has secured the insurer's defense obligation. In addition, an appellate court affirmed a $1.6M fee award for past defense costs, representing more than 95% of the requested fees. The appellate court also granted our cross-appeal on the right to recover coverage litigation fees and costs and the right to pursue pre-judgment interest.
- Acted as coverage counsel in a large construction defect litigation involving a multimillion-dollar waterfront development in New Jersey, securing a combined eight-figure insurance recovery from a variety of insurers.

- Represented a large manufacturer in connection with two environmental claims under a pollution legal liability insurance policy.
- Represented a healthcare company to resolve a dispute with its employment practices insurer and the insurer's "panel" defense counsel. The dispute involved tripartite relationship conflict issues, bad faith and a "noncooperation" defense asserted by the insurer.
- Represented a developer in connection with a multimillion-dollar title insurance dispute, securing partial summary judgment on the duty to defend and continuing to pursue indemnity coverage, bad faith and consumer fraud claims.
- Acts as coverage counsel for several manufacturing and supply companies, providing litigation and counseling assistance regarding claims disputed by various insurers that sold insurance policies to the companies. Also provides counseling advice with respect to managing insurance and indemnity risks in master services and specific project contracts.
- Represented a chemical supply company in connection with insurance coverage for nationwide toxic tort litigation. Secured summary judgment and declaratory relief that resulted in 100% defense and indemnity coverage for claims.

## Other Distinctions

- *NJBIZ* Best 50 Women in Business (2016) – Named one of New Jersey's 2016 Best 50 Women in Business by *NJBIZ*

- *Chambers USA: America's Leading Lawyers for Business* (2013–2016) – Ranked in Band 1 for insurance litigation and praised by clients as "*a very tough advocate who leaves no stone unturned* (2016)"; *"a tremendous insurance litigator who is able to handle major cases and has the respect of judges and peers alike* (2015)"; "*very accessible, responsive, practical and easygoing* (2014)"; and a "*brilliant attorney - she explains the issues clearly and comes up with excellent strategies* (2013)".

- **American College of Coverage and Extracontractual Counsel (2014)** – Elected as counsel to an organization that is composed of preeminent coverage and extracontractual counsel in the United States and Canada who represent the interests of both insurers and policyholders.

- **Distinguished Service Award (2014)** – Presented by The New Jersey Institute for Continuing Legal Education

- **Recipient of the New Jersey Women Lawyers Association Women's Initiative and Leaders in Law Platinum Award for the Private Sector (2013)** – Bestowed on individuals for their exceptional achievements, the development of the legal profession, and their sustained contributions to gender equity challenges and other issues unique to women in the legal profession.

- **New Jersey Commission on Professionalism in the Law (2008)** – Awarded the Professional Lawyer of the Year Award, which acknowledges conduct, competence and demeanor that set an example for others in the profession.
- *The Best Lawyers in America* (2006–2017)



- *Super Lawyers* (2007–2016; "Rising Star" 2006) – Consistently acknowledged in the insurance coverage and class action/mass torts section and has been included in both the Super Lawyers "Top 100 New Jersey" and "Top 50 Women in New Jersey."

## Speaking Engagements

- Speaker, "Are You Covered for Cyber Security Risks? A Discussion of Traditional and "New" Cyber Insurance Policies," ACC - New Jersey and Lowenstein Sandler's Cyber Day, June 2, 2016

- Speaker, "Additional Insured Coverage in Construction Contracts and Interplay with Contractual Indemnification," Strafford Live Webinar, May 31, 2016

- Speaker, "Understanding Insurance and Liability: A Focus on D&O, Cybersecurity and Policy Reviews," MFA Compliance, May 10, 2016

- Panelist, "Hot Buttons in Insurance Law," The Institute of Continuing Legal Education, January 16, 2016

- Speaker, "D&O Insurance Coverage: What You Don't Know Can Cost You," Investment Management Group Breakfast Series, November 11, 2015

- Panelist, "Privilege and Ethical Considerations in Insurance Relationships," Women, Influence & Power in Law Annual Conference, October 28-30, 2015

- Panelist, "The Evolving Liabilities: Cyber, Privacy & Security Exposures," 2015 CPCU Society Annual Meeting, October 5, 2015

- Speaker, "The Current State of Play Regarding Cyber Insurance – Is It Necessary and Worth The Money?," Paper Merchants Association, July 15, 2015

- Panelist, "Are You Covered for Cyber Security Risks?: A Discussion of Traditional and "New" Cyber Insurance Policies," ACC - New Jersey and Lowenstein Sandler's Cyber Day, June 11, 2015

- Panelist, "Cybersecurity – The New Frontier for Hedge Funds," Managed Funds Association (MFA) Compliance 2015, May 5, 2015

## Education

- **Valparaiso University School of Law** (J.D., 1994), *magna cum laude, Executive Editor, Valparaiso Law Review*
- **Susquehanna University** (B.A., 1991), *cum laude*



**LOWENSTEIN Sandler**



**Brandon M. Fierro**
Associate

Tel 973-422-6530 Fax 973-422-6531
E-mail: bfierro@lowenstein.com

## Practice

Brandon M. Fierro is an associate in Lowenstein Sandler's Litigation Department. Brandon returns to the firm after serving as a law clerk to The Honorable Stanley R. Chesler, United States District Judge.

 In law school, Brandon served as a Comments Editor on the *Seton Hall Law Review* and won numerous brief and oralist awards as a member of Seton Hall's Interscholastic Moot Court team. Prior to his career in law, Brandon worked as a stage manager and assistant director on live broadcasts of World Wrestling Entertainment programming.

## Education

- **Seton Hall University School of Law** (J.D., 2012), *magna cum laude, Seton Hall Law Review, Comments Editor*
- **Syracuse University** (B.A., 2006), *Economics and Broadcast Journalism*

# LOWENSTEIN Sandler



**Steven M. Rosato**
Associate

Tel 973.597.2436 Fax 973.597.2400
E-mail: srosato@lowenstein.com

## Practice

Steven Rosato is an associate in Lowenstein Sandler's Litigation Department. A former summer associate with the firm, Steven has experience in various areas of the law, including claims under the Racketeer Influenced and Corrupt Organizations Act (RICO), federal securities class action litigation, and valuation techniques in shareholder appraisal litigation.

 Prior to joining Lowenstein Sandler, Steven served as a law clerk to The Honorable Madeline Cox Arleo, U.S.D.J., in the U.S. District Court for the District of New Jersey. In this position, he drafted opinions and memoranda on a variety of motions before the Court, including motions for summary judgment, to dismiss, and for class certification. During law school, Steven additionally served as a judicial intern to The Honorable Novalyn L. Winfield, U.S.B.J., in the U.S. Bankruptcy Court for the District of New Jersey.

## Education

- **Seton Hall University School of Law** (J.D., 2014), *magna cum laude, Order of the Coif, Seton Hall Law Review, Submissions Editor, American Bankruptcy Institute Medal of Excellence, Joseph Santosuosso Memorial Real Property Award, Chancellor's Scholarship*
- **Hamilton College** (B.A., 2009), *Mathematics and Economics*

**LOWENSTEIN Sandler**



## Megan Treseder
Associate

Tel 973.422.6434 Fax 973.422.6435
E-mail: mtreseder@lowenstein.com

## Practice

Megan Treseder is an associate in Lowenstein Sandler's Litigation Department and the firm's Insurance Recovery Group. Megan represents corporate policyholders in complex insurance coverage disputes relating to products liability, employment practice liability insurance policies, construction defect coverage, and environmental liability. She also advises clients on issues regarding product warranties. Her clients include large consumer products companies, medical device manufacturers, automobile service companies, and commercial property owners.

In addition to her work with insurance companies, Megan also values her work with the Lowenstein Center for the Public Interest, through which she has provided pro bono counsel to young immigrant children fleeing persecution in their native country and seeking asylum in the United States.

## Education

- **Duke University School of Law** (J.D., 2013), *Managing Editor, Duke Environmental Law and Policy Forum; Executive Editor, Duke Forum for Law and Social Change*
- **University of Utah** (B.A., 2009), *magna cum laude, History*
- **University of Utah** (B.A., 2009), *magna cum laude, English*

# LOWENSTEIN Sandler



**Craig Dashiell**
Associate

Tel 973.597.2370 Fax 973.597.2371
E-mail: cdashiell@lowenstein.com

## Practice

Craig Dashiell is an associate in Lowenstein Sandler's Litigation Department and a member of the firm's Class Action Litigation and Franchise and Distribution practice groups. Craig focuses his practice on representing corporate clients in complex commercial litigation in state and federal courts. He represents clients in a broad variety of matters including class actions, franchise practices, breach of contract, business divorce, and intellectual property.

Craig is also active in the firm's pro bono program, where he has successfully obtained asylum for clients from Honduras and Syria. Craig's other pro bono cases have included advocating for detainees in the penal system and advising charter schools on their internal practices.

A former summer associate with the firm, Craig's prior experience includes positions as a case manager at Real House, Inc. and legal assistant at Baker & McKenzie LLP. Craig currently serves as an alumni mentor for Rutgers University School of Law - Newark's Minority Student Program.

## Education

- **Rutgers University School of Law - Newark** (J.D., 2013), *cum laude, Articles Editor, Rutgers Law Review*
- **Saint Joseph's University** (B.S., 2008)

# LOWENSTEIN Sandler



**Paul Lee**
Associate

Tel 973.597.6182 Fax 973.597.2400
E-mail: plee@lowenstein.com

## Practice

Paul Lee is an associate in Lowenstein Sandler's Corporate Department where he works on public and private M&A transactions, corporate law matters for major corporations and private equity sponsors, and securities offerings for both issuers and underwriters.

 Prior to joining Lowenstein, Paul was an associate with Weil, Gotshal & Manges LLP where he represented issuers and underwriters in a wide array of securities offerings. Paul also provided pro bono counsel to a startup apparel and footwear company for venture financing, and a client based in the Middle East seeking asylum in the United States.

## Education

- **Brooklyn Law School** (J.D., 2014)
- **New York University** (B.A., 2007), *Metropolitan Studies, Minor in Africana Studies*

# LOWENSTEIN Sandler



**Kelly A. Jauregui**
Associate

Tel 973.597.6128 Fax 973.597.6129
E-mail: kjauregui@lowenstein.com

## Practice

Kelly Jauregui is an associate in Lowenstein Sandler's Litigation Department. She focuses her practice on complex civil litigation and insurance coverage disputes. Kelly plays a key role in all phases of the litigation process, from managing discovery to motion practice and trial preparation.

Kelly firmly believes that every lawyer has an obligation to give back to his or her community, which is why she is an active member of the Hispanic Bar Association of New Jersey. She currently serves as the organization's Press Secretary.

She is particularly proud of her pro bono work helping minors successfully attain asylum, special immigrant juvenile status, and permanent residence and her work helping victims of domestic violence secure restraining orders against their abusers.

A two-time former summer associate with the firm, Kelly's prior experience also includes positions as a litigation paralegal and serving as a policy intern for the National Council of La Raza (NCLR) in Washington, DC.

## Education

- **University of Michigan Law School** (J.D., 2014)
- **Wellesley College** (B.A., 2009), *Political Science and Spanish*

# EXHIBIT 2

*Special Situations Fund III QP, L.P. et al v. Marrone Bio Innovations, Inc., et al.,*
**Master No. 14-cv-2571-MCE-KJN (E.D. Cal.)**

**LOWENSTEIN SANDLER LLP**
**TIME REPORT**
**Inception through and including August 18, 2016**

| Name | Number of Hours | Rate | Amount |
|---|---|---|---|
| **Professional Type: Partner** | | | |
| Steven M. Hecht | 229.80 | 730.00 | 167,738.50 |
| Lawrence M. Rolnick | 205.50 | 1052.00 | 216,160.00 |
| Thomas E. Redburn | 122.70 | 827.00 | 101,486.00 |
| Marc B. Kramer | 76.50 | 830.00 | 63,495.00 |
| Lynda A. Bennett | 6.20 | 774.00 | 4,798.00 |
| **Professional Type: Associate** | | | |
| Brandon M. Fierro | 579.90 | 415.00 | 240,384.00 |
| Steven M. Rosato | 50.70 | 351.00 | 17,775.00 |
| Megan B. Treseder | 31.90 | 382.00 | 12,201.50 |
| Craig Dashiell | 25.90 | 401.00 | 10,391.50 |
| Paul Lee | 14.30 | 340.00 | 4,862.00 |
| Kelly A. Jauregui | 8.00 | 300.00 | 2,400.00 |
| **Professional Type: Paralegal** | | | |
| Anna Maria Charalambous | 47.40 | 243.00 | 11,530.00 |
| **TOTAL** | **1,398.80** | **610.00 [average]** | **853,221.50** |

**EXPENSE SUMMARY**

| Type Of Expense | | Expense Amount |
|---|---|---|
| Photocopies - Infotext | $ | 559.80 |
| Bulk Rate/Special Postage | $ | 3.64 |
| Messenger/Federal Express | $ | 912.02 |
| Filing Fees | $ | 1,220.00 |
| Out of Town Travel | $ | 2,765.90 |
| Miscellaneous – Other Office Costs | $ | 38.71 |
| Telecommunications | $ | 36.72 |
| Legal Research (Lexis/Westlaw/Pacer) | $ | 6,482.70 |
| Professional Services – (Investigator, Richard W. Barry Consulting Services, LLC) | $ | 49,191.90 |
| Professional Services – (Damages Expert, Navigant Economics) | $ | 142,527.50 |
| Professional Services – (Mediation Fees, Jed D. Melnick, Esq. and JAMS) | $ | 8,146.60 |
| Professional Services – (Insurance Experts, Ver Ploeg & Lumpkin) | $ | 54,093.69 |
| Professional Services – (Claims Administrator, Garden City Group, LLC)[1] | | 170,000.00 |
| Case Preparation Expenses – Reference Materials | $ | 825.73 |
| Transcript Charges | $ | 75.00 |
| **TOTAL** | **$** | **436,879.91** |

---

[1] The claims administration process has not yet concluded, but Garden City Group's costs will not exceed $170,000.00 for their entire engagement.  The difference between the actual cost of Garden City Group's engagement and $170,000 will be contributed to the Settlement Fund and disbursed to the Settlement Class.