MAYER BROWN LLP
ELIZABETH MANN (SBN 10654)
emann@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

MAYER BROWN LLP
STANLEY J. PARZEN (admitted pro hac vice)
sparzen@mayerbrown.com
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile:  (312) 701-7711

Attorneys for Defendant
ERNST & YOUNG LLP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P., and DAVID M. FINEMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP,<br><br>Defendants. | Master File 2:14-cv-2571-MCE-KJN<br><br>CONSOLIDATED CLASS ACTION<br><br>**DEFENDANT ERNST & YOUNG LLP'S STATEMENT OF POSITION CONCERNING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Chief Judge Morrison C. England, Jr.<br><br>Date:  September 22, 2016<br>Time:  2:00 p.m.<br>Dept:  501 I Street, Courtroom 7<br>        Sacramento, CA 95814 |

**Statement of Position**

Defendant Ernst & Young LLP ("EY") hereby files its statement of position concerning Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation. *See* Doc. No. 91.

As EY informed the Court previously, at the preliminary approval stage EY and Plaintiffs agreed to defer any objection that EY had to the partial settlement to the final approval stage in order to expedite the preliminary approval process. *See* Doc. No. 83. After the entry of preliminary approval of the partial settlement, EY and Plaintiffs and the Settling Defendants have had discussions designed to resolve the objections that EY had to the partial settlement. Those discussions have led to an agreement which, if endorsed by the Court, would serve to resolve all of EY's objections. The agreement is reflected in the revised Judgment that Plaintiffs recently submitted to the Court. *See* Doc. No. 98. The revised Judgment provides that EY shall receive a judgment-reduction credit equal to the greater of (i) the amount of the settlement or (ii) the degree of fault of the Released Persons. It also provides that the bar order between the Released Persons and EY shall be mutual. Finally, the revised Judgment underscores that certification of a class for settlement purposes shall not affect EY's ability to argue against class certification, including but not limited to adequacy and typicality, on the merits in this case. With the understanding that the proposed modified judgment is satisfactory to the Court and will be entered if the settlement is approved, EY has no remaining objection to final approval of the proposed partial settlement. Otherwise, EY reserves its rights.

Dated: September 12, 2016

MAYER BROWN LLP
ELIZABETH MANN

By: */s/ Elizabeth Mann*
      Elizabeth Mann

Attorneys for Defendant
ERNST & YOUNG LLP