
1  **LOWENSTEIN SANDLER LLP**
2  390 Lytton Avenue
3  Palo Alto, CA 94301
   Telephone: 213-426-2170
4  Fax: 973-597-6233

5  *Counsel for Lead Plaintiffs Special Situations*
6      *Fund III QP, L.P. and Special Situations*
       *Cayman Fund, L.P. and additional named*
7      *Plaintiff David M. Fineman*

8

9                    **UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11  | | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P, and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated, | Master No.: 2:14-cv-2571-MCE-KJN |
| | Hon. Morrison C. England, Jr. |
| | CONSOLIDATED CLASS ACTION |
| Plaintiffs, | **ORDER APPROVING PLAN OF ALLOCATION OF NET SETTLEMENT FUND** |
| vs. | |
| MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP, | |
| Defendants. | |

WHEREAS, this matter came before the Court on the motion by Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P. ("Lead Plaintiffs"), to determine whether the proposed plan of allocation of the Net Settlement Fund ("Plan of Allocation") created by the Settlement achieved in the above-captioned class action (the "Action") should be approved;

WHEREAS, the Court having considered all matters submitted to it; and it appearing that notice of Settlement Motion substantially in the form approved by the Court was mailed to all Settlement Class Members who or which could be identified with reasonable effort, and that a summary notice of the motion substantially in the form approved by the Court was published in *The Wall Street Journal* and was transmitted over the *PR Newswire* pursuant to the specifications of the Court; and the Court having considered and determined the fairness and reasonableness of the proposed Plan of Allocation,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order approving the proposed Plan of Allocation incorporates by reference the definitions in the Stipulation and Agreement of Settlement with Individual Defendants dated June 16, 2016 (the "Stipulation") (ECF No. 80-1) and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2. The Court has jurisdiction to enter this Order approving the proposed Plan of Allocation, and over the subject matter of the Action and all parties to the Action, including all Settlement Class Members.

3. Notice of Lead Plaintiffs' motion for approval of the proposed Plan of Allocation was given to all Settlement Class Members who could be identified with reasonable effort. The form and method of notifying the Settlement Class of the motion for approval of the proposed Plan of Allocation satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.,* as amended, and all other applicable

1  law and rules; constituted the best notice practicable under the circumstances; and constituted
2  due and sufficient notice to all persons and entities entitled thereto.
3      4.    Copies of the Notice, which included the Plan of Allocation, were mailed to over
4  13,700 potential Settlement Class Members and nominees, and no objections to the proposed
5  Plan of Allocation were received.
6      5.    The Court hereby finds and concludes that the formula for the calculation of the
7  claims of Claimants as set forth in the Plan of Allocation mailed to Settlement Class Members
8  provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement
9  Fund among Settlement Class Members, with due consideration having been given to
10 administrative convenience and necessity.
11     6.    The Court hereby finds and concludes that the Plan of Allocation is, in all
12 respects, fair and reasonable to the Settlement Class.
13     7.    There is no just reason for delay in the entry of this Order, and immediate entry
14 by the Clerk of the Court is expressly directed.
15     IT IS SO ORDERED.
16 Dated: September 23, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER APPROVING
PLAN OF ALLOCATION
MASTER FILE No. 2:14-cv-2571-MCE-KJN

-2-