MAYER BROWN LLP
ELIZABETH MANN
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9574
Facsimile: (203) 625-0248

MAYER BROWN LLP
STANLEY J. PARZEN (admitted pro hac vice)
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Attorneys for Defendant
ERNST & YOUNG LLP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P., and DAVID M. FINEMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP,<br><br>Defendants. | Master File 2:14-cv-2571-MCE-KJN<br><br>CONSOLIDATED CLASS ACTION<br><br>**ANSWER AND DEFENSES TO THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>Chief Judge<br>Morrison C. England, Jr.<br><br>Dept: 501 I Street, Courtroom 7<br>Sacramento, CA 95814 |

Defendant Ernst & Young LLP ("EY"), by and through its attorneys, respectfully submits its Answer and Defenses to Plaintiffs' Third Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws ("TCAC") as follows:

**ANSWER TO PARAGRAPH 1:** The allegations of Paragraph 1 do not include any factual allegations to which a responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that Plaintiffs have a basis in fact or law for their claim against EY and denies that Plaintiffs are entitled to any recovery against EY. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 1 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 2:** The allegations of Paragraph 2 do not include any factual allegations to which a responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that Plaintiffs have a basis in fact or law for their claim against EY and denies that Plaintiffs are entitled to any recovery against EY. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 2 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 3:** The allegations of Paragraph 3 do not include any factual allegations to which a responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies each and every allegation of Paragraph 3. EY specifically denies that there is evidentiary support for the allegations made against EY in the Complaint.

**ANSWER TO PARAGRAPH 4:** EY states that the allegations of Paragraph 4(a) and Paragraph 4(c) are not directed against EY and no response is required. EY states that the allegations of Paragraph 4 do not include any factual allegations to which a responsive pleading is required and, on that basis, they are denied. In addition, the allegations of Paragraph 4 call for

legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies the allegations of Paragraph 4 except that EY admits that, as to EY, Plaintiffs purport to bring this action on behalf of a putative class of purchasers of all persons who purchased or otherwise acquired MBII securities directly in or traceable to the Company's Secondary Offering on June 5, 2014. EY also admits that Plaintiffs purport to bring claims pursuant to Section 11 of the Securities Act of 1933. EY denies that Plaintiffs have a basis in fact or law for their claim against EY, denies that Plaintiffs are entitled to any recovery against EY, and denies that the action is properly maintainable as a class action. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 4 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 5:** The allegations of Paragraph 5 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that Plaintiffs have a basis in fact or law for their claim against EY, denies that Plaintiffs are entitled to any recovery against EY, and denies that the action is properly maintainable as a class action. EY denies any and all remaining allegations of Paragraph 5.

**ANSWER TO PARAGRAPH 6:** EY admits, as MBII stated in its Form 10-K filing for year-end 2014, that MBII makes bio-based pest management and plant health products and that in 2014, Crop Production Services and Helena Chemicals together accounted for 43% of MBII's total revenues, that its common stock trades on the NASDAQ under the ticker symbol "MBII," and that its securities began publicly trading on or about August 1, 2013 after its Initial Public Offering. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 6 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 7:** To the extent the allegations of Paragraph 7 call for legal conclusions, no responsive pleading is required and, on that basis, they are denied. To the extent the allegations of Paragraph 7 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY states that MBII misrepresented matters to EY relating to the Company's contract terms with certain customers and criteria for recognizing revenue. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 7 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 8:** To the extent the allegations of Paragraph 8 reference MBII's press releases or SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that on September 3, 2014, MBII announced that the Audit Committee of the Company commenced an internal investigation after learning of certain documents calling into question the recognition of certain revenue in the fourth quarter of 2013 and that the Audit Committee concluded that the Company's previously reported financial statements as of December 31, 2013 and for the fiscal year ended December 31, 2013 included in the Company's Annual Report on Form 10-K for the year ended December 31, 2013, the related report of the independent auditors on those 2013 financial statements dated March 25, 2014, and the unaudited interim financial statements included in the Company's Quarterly Reports on Forms 10-Q for the quarters ended March 31, 2014 and June 30, 2014, should no longer be relied upon. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 8 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 9:** To the extent the allegations of Paragraph 9 call for legal conclusions, no responsive pleading is required and, on that basis, they are denied. To the extent

the allegations of Paragraph 9 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 9 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 10:** To the extent that the allegations of Paragraph 10 reference the market price of MBII securities, that information is public and speaks for itself and no responsible pleading is required. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 10 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 11:** To the extent that the allegations of Paragraph 11 reference the market price of MBII securities, that information is public and speaks for itself and no responsible pleading is required. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 11 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 12:** To the extent the allegations of Paragraph 12 call for legal conclusions, no responsive pleading is required and, on that basis, they are denied. To the extent the allegations of Paragraph 12 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 12 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 13:** To the extent the allegations of Paragraph 13 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of Paragraph 13 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 14:** To the extent the allegations of Paragraph 14 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that the Form 10-K filed on or about November 10, 2015 for the year ended December 31, 2014 restated the previously filed December 31, 2013 year end MBII financial statements and that the December 31, 2013 year end MBII financial statements, as originally filed, were materially misstated. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 14 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 15:** To the extent the allegations of Paragraph 15 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 15 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 16:** To the extent the allegations of Paragraph 16 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 16 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 17:** To the extent the allegations of Paragraph 17 refer to MBII's public call reports, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. To the extent a response is required, EY is

without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 18:** To the extent the allegations of Paragraph 18 call for legal conclusions, no responsive pleading is required and, on that basis, they are denied. To the extent the allegations of Paragraph 18 reference MBII's SEC filings, including MBII's Form 10-K for year end 2014, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 18 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 19:** The allegations of Paragraph 19 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that Plaintiffs have a basis in fact or law for their claim against EY, denies that Plaintiffs are entitled to any recovery against EY, and denies that the action is properly maintainable as a class action. The allegations of Paragraph 19 that relate to the Section 10(b) class do not relate to EY and no answer is required. To the extent an answer is required, EY lacks knowledge or information sufficient to form a belief as to the Section 10(b) allegations and, on that basis, they are denied. EY denies any and all remaining allegations of Paragraph 19.

**ANSWER TO PARAGRAPH 20:** The allegations of Paragraph 20 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that Plaintiffs have a basis in fact or law for their claims against EY. EY admits that the claims identified purport to arise under Sections 11 and 15 of the Securities Act. EY denies any and all remaining allegations of Paragraph 20.

**ANSWER TO PARAGRAPH 21:** The allegations of Paragraph 21 are not made against EY. The allegations of Paragraph 21 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that Plaintiffs have a basis in fact or law for their claims against EY. EY admits that the claims identified purport to arise under Sections 10(b) and 20(a) of the Securities Act. EY denies any and all remaining allegations of Paragraph 21.

**ANSWER TO PARAGRAPH 22:** The allegations of Paragraph 22 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that Plaintiffs have a basis in fact or law for their claim against EY. EY states that it does not contest jurisdiction over the claims pled against it. EY denies any and all remaining allegations of Paragraph 22.

**ANSWER TO PARAGRAPH 23:** The allegations of Paragraph 23 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY states that it does not contest venue over the claims pled against it. EY denies any and all remaining allegations of Paragraph 23.

**ANSWER TO PARAGRAPH 24:** The allegations of Paragraph 24 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied except that EY admits only that it used instrumentalities of interstate commerce in connection with its audit work related to MBII's financial statements. EY denies that Plaintiffs have a basis in fact or law for their claim against EY. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 24 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 25:** The allegations of Paragraph 25 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies the

remaining allegations of Paragraph 25, except that EY admits only that Plaintiff Fund III QP filed its certification in which it purports to have purchased MBII securities in the Secondary Offering and during the Section 10(b) Class Period. EY denies any and all remaining allegations of Paragraph 25.

**ANSWER TO PARAGRAPH 26:** The allegations of Paragraph 26 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies the remaining allegations of Paragraph 26, except that EY admits only that Plaintiff Cayman Fund filed its certification in which it purports to have purchased MBII securities in the Secondary Offering and during the Section 10(b) Class Period. EY denies any and all remaining allegations of Paragraph 26.

**ANSWER TO PARAGRAPH 27:** EY states that the allegations of Paragraph 27 are not directed against EY. The allegations of Paragraph 27 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies the remaining allegations of Paragraph 27, except that EY admits only that Plaintiff David M. Fineman filed his certification in which he purports to have purchased MBII securities directly in the Initial Public Offering. EY denies any and all remaining allegations of Paragraph 27.

**ANSWER TO PARAGRAPH 28:** EY admits that MBII's year-end 2014 Form 10-K states that MBII's address was 1540 Drew Avenue, Davis, California 95618 and that MBII was incorporated in Delaware. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 28 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 29:** To the extent the allegations of Paragraph 29 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their

contents and no responsive pleading is required. EY admits that Ms. Marrone was, at certain times, MBII's CEO. EY denies any and all remaining allegations of Paragraph 29.

**ANSWER TO PARAGRAPH 30:** To the extent the allegations of Paragraph 30 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that Mr. Boyd was, at certain times, MBII's CFO. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 30 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 31:** To the extent the allegations of Paragraph 31 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that Mr. Glidewell was, at certain times, MBII's CFO. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 31 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 32:** To the extent the allegations of Paragraph 32 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that Mr. Absi was, at certain times, MBII's SVP of Commercial Operations and COO, and that EY was informed that he ceased acting in this role on or about August 22, 2014. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 32 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 33:** To the extent the allegations of Paragraph 33 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that Ms. Miller was, at certain times,

a member of MBII's Board. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 33 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 34:** To the extent the allegations of Paragraph 34 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that Mr. Fogarty was, at certain times, a member of MBII's Board. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 34 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 35:** To the extent the allegations of Paragraph 35 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that Mr. Rominmger was, at certain times, a member of MBII's Board. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 35 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 36:** To the extent the allegations of Paragraph 36 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that Mr. Stanley was, at certain times, a member of MBII's Board. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 36 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 37:** To the extent the allegations of Paragraph 37 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that Mr. Bhatia was, at certain times, a member of MBII's Board. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 37 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 38:** To the extent the allegations of Paragraph 38 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that Mr. Hough was, at certain times, a member of MBII's Board. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 38 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 39:** To the extent the allegations of Paragraph 39 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that Mr. Hudson was, at certain times, a member of MBII's Board. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 39 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 40:** EY admits that the Complaint refers to the individuals identified in Paragraph 40 as the "Offering Defendants," that the Offering Defendants and Marrone signed the August 2013 Registration Statement and June 2014 Registration Statement; that Mr. Glidewell signed the August 2013 Registration Statement, and that Mr. Boyd signed the June 2014 Registration Statement. The remaining allegations of Paragraph 40 do not include any factual allegations to which a responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies any and all remaining allegations of Paragraph 40.

**ANSWER TO PARAGRAPH 41:** To the extent the allegations of Paragraph 41 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that Mr. Shickedanz was, at certain times, a member of MBII's Board and signed the August 2013 Registration Statement. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 41 and, on that basis, they are denied.

**<u>ANSWER TO PARAGRAPH 42:</u>** To the extent the allegations of Paragraph 42 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that Ms. Contag was, at certain times, a member of MBII's Board and signed the June 2014 Registration Statement. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 42 and, on that basis, they are denied.

**<u>ANSWER TO PARAGRAPH 43:</u>** To the extent the allegations of Paragraph 43 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that Mr. Shickedanz was, at certain times, a member of MBII's Board and signed the June 2014 Registration Statement. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 43 and, on that basis, they are denied.

**<u>ANSWER TO PARAGRAPH 44:</u>** To the extent the allegations of Paragraph 44 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that it is a limited liability partnership with its headquarters in New York, that it is a large public accounting firm in the United States, that it is registered with the PCAOB, and that, at certain times, it issued reports on MBII's year-end financial statements for the years ending 2012, 2013, and 2014. EY further admits that it provided consent for MBII to reference EY under the caption "Experts" in the June 2014 Registration Statement and to incorporate by reference into the June 2014 Registration Statement EY's audit report dated March 25, 2014. EY denies that it audited and reported on MBII's system of internal controls and denies any and all remaining allegations of Paragraph 44.

**ANSWER TO PARAGRAPH 45:** The allegations in the First Cause of Action are not directed at EY and therefore no response is required; to the extent a response is required, EY denies the allegations of Paragraphs 45-77 to the extent they allege any misstatement, negligence or wrongdoing by EY.

**ANSWER TO PARAGRAPH 46:** The allegations of Paragraph 46 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 47:** The allegations of Paragraph 47 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 48:** The allegations of Paragraph 48 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 49:** The allegations of Paragraph 49 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 50:** The allegations of Paragraph 50 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 51:** The allegations of Paragraph 51 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 52:** The allegations of Paragraph 52 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 53:** The allegations of Paragraph 53 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 54:** The allegations of Paragraph 54 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 55:** The allegations of Paragraph 55 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 56:** The allegations of Paragraph 56 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 57:** The allegations of Paragraph 57 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 58:** The allegations of Paragraph 58 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 59:** The allegations of Paragraph 59 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 60:** The allegations of Paragraph 60 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 61:** The allegations of Paragraph 61 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 62:** The allegations of Paragraph 62 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 63:** The allegations of Paragraph 63 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 64:** The allegations of Paragraph 64 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 65:** The allegations of Paragraph 65 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 66:** The allegations of Paragraph 66 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 67:** The allegations of Paragraph 67 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 68:** The allegations of Paragraph 68 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 69:** The allegations of Paragraph 69 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 70:** The allegations of Paragraph 70 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 71:** The allegations of Paragraph 71 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 72:** The allegations of Paragraph 72 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 73:** The allegations of Paragraph 73 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 74:** The allegations of Paragraph 74 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 75:** The allegations of Paragraph 75 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 76:** The allegations of Paragraph 76 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 77:** The allegations of Paragraph 77 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 78:** The allegations in the Second Cause of Action are not directed at EY and therefore no response is required. To the extent a response is required, EY denies the allegations of Paragraphs 78-83 to the extent they allege any misstatement, negligence or wrongdoing by EY.

**ANSWER TO PARAGRAPH 79:** The allegations of Paragraph 79 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 80:** The allegations of Paragraph 80 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 81:** The allegations of Paragraph 81 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 82:** The allegations of Paragraph 82 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 83:</u>** The allegations of Paragraph 83 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 84:</u>** The allegations in the Third Cause of Action are not directed at EY and therefore no response is required. To the extent a response is required, EY denies the allegations of Paragraphs 84-125 to the extent they allege any misstatement, negligence or wrongdoing by EY.

**<u>ANSWER TO PARAGRAPH 85:</u>** The allegations of Paragraph 85 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 86:</u>** The allegations of Paragraph 86 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 87:</u>** The allegations of Paragraph 87 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 88:</u>** The allegations of Paragraph 88 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 89:</u>** The allegations of Paragraph 89 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 90:</u>** The allegations of Paragraph 90 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 91:</u>** The allegations of Paragraph 91 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 92:** The allegations of Paragraph 92 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 93:** The allegations of Paragraph 93 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 94:** The allegations of Paragraph 94 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 95:** The allegations of Paragraph 95 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 96:** The allegations of Paragraph 96 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 97:** The allegations of Paragraph 97 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 98:** The allegations of Paragraph 98 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 99:** The allegations of Paragraph 99 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 100:** The allegations of Paragraph 100 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 101:** The allegations of Paragraph 101 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 102:** The allegations of Paragraph 102 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 103:** The allegations of Paragraph 103 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 104:** The allegations of Paragraph 104 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 105:** The allegations of Paragraph 105 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 106:** The allegations of Paragraph 106 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 107:** The allegations of Paragraph 107 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 108:** The allegations of Paragraph 108 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 109:** The allegations of Paragraph 109 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 110:** The allegations of Paragraph 110 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 111:** The allegations of Paragraph 111 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 112:** The allegations of Paragraph 112 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 113:** The allegations of Paragraph 113 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 114:** The allegations of Paragraph 114 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 115:** The allegations of Paragraph 115 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 116:** The allegations of Paragraph 116 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 117:** The allegations of Paragraph 117 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 118:** The allegations of Paragraph 118 are not directed at EY and no response is required. To the extent a response is required, EY denies the allegations of Paragraphs 84-117 to the extent they allege any misstatement, negligence or wrongdoing by EY.

**ANSWER TO PARAGRAPH 119:** The allegations of Paragraph 119 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 120:** The allegations of Paragraph 120 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 121:** The allegations of Paragraph 121 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 122:** The allegations of Paragraph 122 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 123:** The allegations of Paragraph 123 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 124:** The allegations of Paragraph 124 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 125:** The allegations of Paragraph 125 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 126:** The allegations in the Fourth Cause of Action are not directed at EY and therefore no response is required. To the extent a response is required, EY denies the allegations of Paragraphs 126-131 to the extent they allege any misstatement, negligence or wrongdoing by EY.

**ANSWER TO PARAGRAPH 127:** The allegations of Paragraph 127 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 128:** The allegations of Paragraph 128 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 129:** The allegations of Paragraph 129 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 130:** The allegations of Paragraph 130 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 131:** The allegations of Paragraph 131 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 132:** The allegations of Paragraph 132 do not include any factual allegations to which a responsive pleading is required and, on that basis, they are denied. To the extent the allegations of Paragraph 132 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. To the extent a response is required, EY admits only that that Plaintiffs do not allege that EY acted with scienter or fraudulent intent. EY denies that Plaintiffs have a basis in fact or law for their claim against EY and denies that Plaintiffs are entitled to any recovery against EY. EY states that any liability for EY arising out of the June 2014 Registration Statement is limited to the portion of the Registration Statement to which EY consented. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 132 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 133:** The allegations of Paragraph 133 do not include any factual allegations to which a responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY admits only that the Complaint purports to assert a claim under Section 11 against EY. EY denies that Plaintiffs have a basis in fact or law for their claim against EY and denies that Plaintiffs are entitled to any recovery against EY. EY is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 133 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 134:** The allegations of Paragraph 134 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies each and every allegation of Paragraph 134 to the extent that they allege any statutory liability, misstatements or omissions of material fact in EY's audit report, negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY also denies that Plaintiffs have a basis in fact or law for their claim against EY and denies that Plaintiffs are entitled to any recovery against EY. EY is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations of Paragraph 134 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 135:** The allegations of Paragraph 135 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that this action may be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure and denies that the elements of Rule 23 are satisfied. EY denies that Plaintiffs have a basis in fact or law for their claims against EY. EY denies any and all remaining allegations of Paragraph 135.

**ANSWER TO PARAGRAPH 136:** The allegations of Paragraph 136 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that this action may be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure and denies that the elements of Rule 23 are satisfied. EY denies that Plaintiffs have a basis in fact or law for their claims against EY. EY denies any and all remaining allegations of Paragraph 136.

**ANSWER TO PARAGRAPH 137:** The allegations of Paragraph 137 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that this action may be maintained as a class action pursuant to

Rule 23 of the Federal Rules of Civil Procedure and denies that the elements of Rule 23 are satisfied. EY denies that Plaintiffs have a basis in fact or law for their claims against EY. EY lacks information and/or belief sufficient to form a response to the allegations with respect to numerosity contained in the second sentence of paragraph 137, the allegation of how many shares were issued in the third sentence, or the allegations of the fourth sentence. EY denies any and all remaining allegations of Paragraph 137.

**ANSWER TO PARAGRAPH 138:** The allegations of Paragraph 138 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that this action may be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure and denies that the elements of Rule 23 are satisfied. EY denies that Plaintiffs have a basis in fact or law for their claims against EY. EY denies any and all remaining allegations of Paragraph 138.

**ANSWER TO PARAGRAPH 139:** The allegations of Paragraph 139 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that this action may be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure and denies that the elements of Rule 23 are satisfied. EY denies that Plaintiffs have a basis in fact or law for their claims against EY. EY denies any and all remaining allegations of Paragraph 139.

**ANSWER TO PARAGRAPH 140:** The allegations of Paragraph 140 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that this action may be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure and denies that the elements of Rule 23 are

satisfied. EY denies that Plaintiffs have a basis in fact or law for their claims against EY. EY denies any and all remaining allegations of Paragraph 140.

**ANSWER TO PARAGRAPH 141:** The allegations of Paragraph 141 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent a response is required, EY denies that this action may be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure and denies that the elements of Rule 23 are satisfied. EY denies that Plaintiffs have a basis in fact or law for their claims against EY. EY denies any and all remaining allegations of Paragraph 141.

**ANSWER TO PARAGRAPH 142:** To the extent the allegations of Paragraph 142 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY is without knowledge or information sufficient to form a belief regarding the truth of any remaining allegations of Paragraph 142 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 143:** To the extent the allegations of Paragraph 143 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY is without knowledge or information sufficient to form a belief regarding the truth of any remaining allegations of Paragraph 143 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 144:** EY admits only that it was engaged by MBII to provide certain audit services and, at certain times, EY issued reports containing its audit opinions on certain of MBII's year-end financial statements. To the extent Paragraph 144 refers to the contents of EY's website, that website speaks for itself and is the best evidence of its contents and no responsive pleading is required. EY denies any and all remaining allegations of Paragraph 144.

**ANSWER TO PARAGRAPH 145:** To the extent the allegations of Paragraph 145 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY is without knowledge or information sufficient to form a belief regarding the truth of any remaining allegations of Paragraph 145 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 146:** To the extent the allegations of Paragraph 146 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY is without knowledge or information sufficient to form a belief regarding the truth of any remaining allegations of Paragraph 146 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 147:** The allegations of Paragraph 147 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY admits that it provided consent for MBII to reference EY under the caption "Experts" in the June 2014 Registration Statement. EY denies each and every allegation of Paragraph 147 to the extent that the allegations relate to EY or allege any negligence or wrongdoing by EY. EY is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations of Paragraph 147 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 148:** To the extent the allegations of Paragraph 148 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY is without knowledge or information sufficient to form a belief regarding the truth of any remaining allegations of Paragraph 148 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 149:** To the extent the allegations of Paragraph 149 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. To the extent the allegations of Paragraph 149 reference Regulation S-X, the provisions of Regulation S-X speak for themselves and are the best evidence of their contents and no responsive pleading is required. The remaining allegations of Paragraph 149 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent that the remaining allegations of Paragraph 149 require a response, they are denied.

**ANSWER TO PARAGRAPH 150:** To the extent the allegations of Paragraph 150 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. The remaining allegations of Paragraph 150 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent that the remaining allegations of Paragraph 150 require a response, they are denied.

**ANSWER TO PARAGRAPH 151:** To the extent the allegations of Paragraph 151 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that on November 10, 2015, MBII announced a restatement of its year end December 31, 2013 financial statements. The remaining allegations of Paragraph 151 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent that the remaining allegations of Paragraph 151 require a response, they are denied.

**ANSWER TO PARAGRAPH 152:** To the extent the allegations of Paragraph 152 reference CON 5 and SAB 104, those documents speak for themselves and are the best evidence of their

contents and no responsive pleading is required. EY specifically denies that FASB Statement of Financial Accounting Concepts 5 is part of GAAP. EY denies any and all remaining allegations of Paragraph 152.

**ANSWER TO PARAGRAPH 153:** To the extent the allegations of Paragraph 153 reference CON 5, that document speaks for itself and is the best evidence of its contents and no responsive pleading is required. EY denies any and all remaining allegations of Paragraph 153.

**ANSWER TO PARAGRAPH 154:** To the extent the allegations of Paragraph 154 reference CON 5 and SAB 104, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies any and all remaining allegations of Paragraph 154.

**ANSWER TO PARAGRAPH 155:** To the extent the allegations of Paragraph 155 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. The remaining allegations of Paragraph 155 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent that the remaining allegations of Paragraph 155 require a response, they are denied.

**ANSWER TO PARAGRAPH 156:** To the extent the allegations of Paragraph 156 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. The remaining allegations of Paragraph 156 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent that the remaining allegations of Paragraph 156 require a response, they are denied.

**ANSWER TO PARAGRAPH 157:** To the extent the allegations of Paragraph 157 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. The remaining allegations of Paragraph 157 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent that the remaining allegations of Paragraph 157 require a response, they are denied.

**ANSWER TO PARAGRAPH 158:** To the extent the allegations of Paragraph 158 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. The remaining allegations of Paragraph 158 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent that the remaining allegations of Paragraph 158 require a response, they are denied.

**ANSWER TO PARAGRAPH 159:** To the extent the allegations of Paragraph 159 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. The remaining allegations of Paragraph 159 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent that the remaining allegations of Paragraph 159 require a response, they are denied.

**ANSWER TO PARAGRAPH 160:** To the extent the allegations of Paragraph 160 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. The remaining allegations of Paragraph 160 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies each and every allegation of Paragraph 160 to the extent that the allegations

relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. To the extent that the remaining allegations of Paragraph 160 require a response, they are denied.

**ANSWER TO PARAGRAPH 161:** The allegations of Paragraph 161 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies each and every allegation of Paragraph 161 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY specifically denies that Plaintiffs have a basis in fact or law for their claim against EY and denies that Plaintiffs are entitled to any recovery against EY. EY denies any and all remaining allegations of Paragraph 161.

**ANSWER TO PARAGRAPH 162:** The allegations of Paragraph 162 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent the allegations of Paragraph 162 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that it issued a March 25, 2014 audit report on MBII's 2013 year-end financial statements. EY's audit report speaks for itself and is the best evidence of its contents and no responsive pleading is required. EY denies any and all remaining allegations of Paragraph 162.

**ANSWER TO PARAGRAPH 163:** To the extent the allegations of Paragraph 163 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that its March 25, 2014 audit report was incorporated by reference into the June 2014 Registration Statement. EY denies any and all remaining allegations of Paragraph 163.

**ANSWER TO PARAGRAPH 164:** The allegations of Paragraph 164 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent the allegations of Paragraph 164 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies each and every allegation of Paragraph 164 to the extent that the allegations relate to EY or allege any negligence or wrongdoing by EY. EY denies any and all remaining allegations of Paragraph 164.

**ANSWER TO PARAGRAPH 165:** The allegations of Paragraph 165 reference EY's audit report, which speaks for itself and is the best evidence of its contents, and no responsive pleading is required. EY denies any and all remaining allegations of Paragraph 165.

**ANSWER TO PARAGRAPH 166:** The allegations of Paragraph 166 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies each and every allegation of Paragraph 166 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY denies any and all remaining allegations of Paragraph 166.

**ANSWER TO PARAGRAPH 167:** The allegations of Paragraph 167 reference EY's audit report, which speaks for itself and is the best evidence of its contents, and no responsive pleading is required. EY denies any and all remaining allegations of Paragraph 167.

**ANSWER TO PARAGRAPH 168:** The allegations of Paragraph 168 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY specifically denies that its statements about its audits' conformity to PCAOB standards were false and misleading. EY denies each and every allegation of Paragraph 168 to the extent that the

allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY denies any and all remaining allegations of Paragraph 168.

**ANSWER TO PARAGRAPH 169:** To the extent the allegations of Paragraph 169 reference PCAOB standards, those standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies the allegations of Paragraph 169 to the extent that they misstate PCAOB standards. EY denies any and all remaining allegations of Paragraph 169.

**ANSWER TO PARAGRAPH 170:** To the extent the allegations of Paragraph 170 reference PCAOB standards, those standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies the allegations of Paragraph 170 to the extent that they misstate PCAOB standards. EY denies any and all remaining allegations of Paragraph 170.

**ANSWER TO PARAGRAPH 171:** To the extent the allegations of Paragraph 171 reference a PCAOB Staff Audit Practice Alert, that document speaks for itself and is the best evidence of its contents and no responsive pleading is required. EY denies the allegations of Paragraph 171 to the extent that they misstate PCAOB standards. EY denies any and all remaining allegations of Paragraph 171.

**ANSWER TO PARAGRAPH 172:** To the extent the allegations of Paragraph 172 reference PCAOB standards, those standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies the allegations of Paragraph 172 to the extent that they misstate PCAOB standards. EY denies any and all remaining allegations of Paragraph 172.

**ANSWER TO PARAGRAPH 173:** To the extent the allegations of Paragraph 173 reference PCAOB standards, those standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies the allegations of Paragraph 173 to the extent that they misstate PCAOB standards. EY denies any and all remaining allegations of Paragraph 173.

**ANSWER TO PARAGRAPH 174:** To the extent the allegations of Paragraph 174 reference PCAOB standards, those standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies the allegations of Paragraph 174 to the extent that they misstate PCAOB standards. EY denies any and all remaining allegations of Paragraph 174.

**ANSWER TO PARAGRAPH 175:** To the extent the allegations of Paragraph 175 reference PCAOB standards, those standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies the allegations of Paragraph 175 to the extent that they misstate PCAOB standards. EY denies any and all remaining allegations of Paragraph 175.

**ANSWER TO PARAGRAPH 176:** To the extent the allegations of Paragraph 176 reference PCAOB standards, those standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies the allegations of Paragraph 176 to the extent that they misstate PCAOB standards. EY denies any and all remaining allegations of Paragraph 176.

**ANSWER TO PARAGRAPH 177:** To the extent the allegations of Paragraph 177 reference PCAOB standards, those standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies the allegations of Paragraph 177 to

the extent that they misstate PCAOB standards. EY denies any and all remaining allegations of Paragraph 177.

**ANSWER TO PARAGRAPH 178:** The allegations of Paragraph 178 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies each and every allegation of Paragraph 178 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY denies any and all remaining allegations of Paragraph 178.

**ANSWER TO PARAGRAPH 179:** The allegations of Paragraph 179 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent the allegations of Paragraph 179 reference MBII's SEC filings or PCAOB standards, those documents or standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies each and every allegation of Paragraph 179 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations of Paragraph 179 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 180:** The allegations of Paragraph 180 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent the allegations of Paragraph 180 reference PCAOB standards, those standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies each and every allegation of Paragraph 180 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY denies any and all remaining allegations of Paragraph 180.

**ANSWER TO PARAGRAPH 181:** EY denies each and every allegation of Paragraph 181 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY states that it performed a PCAOB compliant audit of MBII's 2013 consolidated financial statements. EY denies any and all remaining allegations of Paragraph 181.

**ANSWER TO PARAGRAPH 182:** To the extent the allegations of Paragraph 182 reference documents filed or created by the SEC, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies each and every allegation of Paragraph 182 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY specifically denies that it only verified MBII's sales with Mr. Absi and denies that the SEC has confirmed otherwise. EY denies any and all remaining allegations of Paragraph 182.

**ANSWER TO PARAGRAPH 183:** To the extent the allegations of Paragraph 183 reference documents filed or created by the SEC or reference PCAOB standards, those documents or standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies each and every allegation of Paragraph 183 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY specifically denies that it only verified MBII's sales with Mr. Absi and denies that the SEC has confirmed otherwise. EY denies any and all remaining allegations of Paragraph 183.

**ANSWER TO PARAGRAPH 184:** To the extent the allegations of Paragraph 184 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies each and every allegation of

Paragraph 184 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY lacks information or knowledge sufficient to form a belief as to the truth of any allegations of Paragraph 184 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 185:** To the extent the allegations of Paragraph 185 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY admits that MBII did additional work with respect to sales to distributors after Absi's conduct was discovered by the Audit Committee that was not done before the Audit Committee investigation. EY denies each and every allegation of Paragraph 185 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY denies any and all remaining allegations of Paragraph 185.

**ANSWER TO PARAGRAPH 186:** EY admits that it was unaware of the various alleged side-agreements entered into by Mr. Absi and MBII's customers at the time that EY issued its March 25, 2014 audit report or at the time of MBII's Secondary Offering. EY denies each and every allegation of Paragraph 186 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY lacks knowledge or information sufficient to form a conclusion as to any remaining allegations of Paragraph 186 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 187:** To the extent the allegations of Paragraph 187 reference documents filed or created by the SEC, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies each and every allegation of Paragraph 187 to the extent that the allegations relate to EY or allege any

negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY specifically denies that it disregarded red flags in connection with its audit of MBII's year-end 2013 financial statements. EY is without information sufficient to form a belief as to the truth of any remaining allegations of Paragraph 187 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 188:** EY denies each and every allegation of Paragraph 188 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY is without information sufficient to form a belief as to the truth of any remaining allegations of Paragraph 188 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 189:** EY denies each and every allegation of Paragraph 189 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY specifically denies that EY did not contract MBII's customers directly to confirm the terms of their transactions with MBII. EY is without information sufficient to form a believe as to the truth of any remaining allegations of Paragraph 189 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 190:** The allegations of Paragraph 190 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies any and all remaining allegations of Paragraph 190.

**ANSWER TO PARAGRAPH 191:** The allegations of Paragraph 191 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies any and all remaining allegations of Paragraph 191.

**ANSWER TO PARAGRAPH 192:** To the extent the allegations of Paragraph 192 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their

contents and no responsive pleading is required. EY denies each and every remaining allegation of Paragraph 192 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY denies any and all remaining allegations of Paragraph 192.

**ANSWER TO PARAGRAPH 193:** To the extent the allegations of Paragraph 193 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies each and every allegation of Paragraph 193 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY lacks information and or belief sufficient to form a belief as to any remaining allegations of Paragraph 193 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 194:** The allegations of Paragraph 194 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent the allegations of Paragraph 194 reference PCAOB standards, those standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. To the extent a response is required, EY denies each and every allegation of the first sentence of Paragraph 194 and is without knowledge or information sufficient to form a belief as to the truth of the allegations of the second sentence of Paragraph 194 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 195:** The allegations of Paragraph 195 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent the allegations of Paragraph 195 reference PCAOB standards, those standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies each and every allegation of Paragraph 195 to the extent that the allegations relate to EY or allege any

negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY specifically denies that it only verified MBII's sales with Mr. Absi and did not scrutinize the terms of transactions or communicate with MBII's distributors. EY denies any and all remaining allegations of Paragraph 195.

**ANSWER TO PARAGRAPH 196:** The allegations of Paragraph 196 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies each and every allegation of Paragraph 196 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY specifically denies that it only verified MBII's sales with Mr. Absi and did not scrutinize the terms of transactions or communicate with MBII's distributors. EY denies any and all remaining allegations of Paragraph 196.

**ANSWER TO PARAGRAPH 197:** The allegations of Paragraph 197 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies each and every allegation of Paragraph 197 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY specifically denies that it only verified MBII's sales with Mr. Absi and did not scrutinize the terms of transactions or communicate with MBII's distributors. EY denies any and all remaining allegations of Paragraph 197.

**ANSWER TO PARAGRAPH 198:** EY repeats and incorporates by references the answers to Paragraphs 132-197 as if fully set forth herein.

**ANSWER TO PARAGRAPH 199:** EY admits that Plaintiffs purport to bring this cause of action against EY under Section 11 of the Securities Act. To the extent a response is required, EY denies that Plaintiffs have a basis in fact or law for their claims against EY. EY specifically

denies that there is evidentiary support for the allegations made against EY in the Complaint. EY denies any and all remaining allegations of Paragraph 199.

**ANSWER TO PARAGRAPH 200:** EY admits that it provided consent for MBII to reference EY under the caption "Experts" in the Registration Statement and to incorporate by reference into the Registration Statement EY's audit report dated March 25, 2014. EY denies any and all remaining allegations of Paragraph 200.

**ANSWER TO PARAGRAPH 201:** The allegations of Paragraph 201 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies each and every allegation of Paragraph 201 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY denies any and all remaining allegations of Paragraph 201.

**ANSWER TO PARAGRAPH 202:** EY admits that it provided consent for MBII to reference EY under the caption "Experts" in the Registration Statement and to incorporate by reference into the Registration Statement EY's audit report dated March 25, 2014. EY denies each and every allegation of Paragraph 202 to the extent that the allegations relate to EY or allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY denies any and all remaining allegations of Paragraph 202.

**ANSWER TO PARAGRAPH 203:** To the extent the allegations of Paragraph 203 reference MBII's SEC filings, those documents speak for themselves and are the best evidence of their contents and no responsive pleading is required. The allegations of Paragraph 203 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY denies each and every allegation of Paragraph 203 to the extent that the allegations relate to EY or

allege any negligence, violation of GAAS or PCAOB standards, or wrongdoing by EY. EY denies any and all remaining allegations of Paragraph 203.

**ANSWER TO PARAGRAPH 204:** The allegations of Paragraph 204 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. To the extent the allegations of Paragraph 204 reference PCAOB standards, those standards speak for themselves and are the best evidence of their contents and no responsive pleading is required. EY denies any and all remaining allegations of Paragraph 204.

**ANSWER TO PARAGRAPH 205:** The allegations of Paragraph 205 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY specifically denies that Plaintiffs have a basis in fact or law for their claim against EY and denies that Plaintiffs are entitled to any recovery against EY. EY denies any and all remaining allegations of Paragraph 205.

**ANSWER TO PARAGRAPH 206:** The allegations of Paragraph 206 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 206 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 207:** The allegations of Paragraph 207 do not include any factual allegations to which a responsive pleading is required and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 208:** The allegations of Paragraph 208 call for legal conclusions to which no responsive pleading is required and, on that basis, they are denied. EY is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 208 and, on that basis, they are denied.

**ANSWER TO PARAGRAPH 209:** The allegations in the Sixth Cause of Action are not directed at EY and therefore no response is required. To the extent a response is required, EY denies the allegations of Paragraphs 209-466 to the extent they allege any negligence or wrongdoing by EY.

**ANSWER TO PARAGRAPH 210:** The allegations of Paragraph 210 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 211:** The allegations of Paragraph 211 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 212:** The allegations of Paragraph 212 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 213:** The allegations of Paragraph 213 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 214:** The allegations of Paragraph 214 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 215:** The allegations of Paragraph 215 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 216:** The allegations of Paragraph 216 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 217:** The allegations of Paragraph 217 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 218:** The allegations of Paragraph 218 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 219:** The allegations of Paragraph 219 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 220:** The allegations of Paragraph 220 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 221:** The allegations of Paragraph 221 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 222:** The allegations of Paragraph 222 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 223:** The allegations of Paragraph 223 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 224:** The allegations of Paragraph 224 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 225:** The allegations of Paragraph 225 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 226:** The allegations of Paragraph 226 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 227:** The allegations of Paragraph 227 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 228:** The allegations of Paragraph 228 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 229:** The allegations of Paragraph 229 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 230:** The allegations of Paragraph 230 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 231:** The allegations of Paragraph 231 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 232:** The allegations of Paragraph 232 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 233:** The allegations of Paragraph 233 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 234:** The allegations of Paragraph 234 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 235:** The allegations of Paragraph 235 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 236:** The allegations of Paragraph 236 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 237:** The allegations of Paragraph 237 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 238:** The allegations of Paragraph 238 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 239:** The allegations of Paragraph 239 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 240:** The allegations of Paragraph 240 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 241:** The allegations of Paragraph 241 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 242:** The allegations of Paragraph 242 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 243:** The allegations of Paragraph 243 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 244:** The allegations of Paragraph 244 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 245:** The allegations of Paragraph 245 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 246:** The allegations of Paragraph 246 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 247:** The allegations of Paragraph 247 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 248:** The allegations of Paragraph 248 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 249:** The allegations of Paragraph 249 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 250:** The allegations of Paragraph 250 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 251:** The allegations of Paragraph 251 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 252:** The allegations of Paragraph 252 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 253:** The allegations of Paragraph 253 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 254:** The allegations of Paragraph 254 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 255:** The allegations of Paragraph 255 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 256:** The allegations of Paragraph 256 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 257:** The allegations of Paragraph 257 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 258:** The allegations of Paragraph 258 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 259:** The allegations of Paragraph 259 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 260:** The allegations of Paragraph 260 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 261:** The allegations of Paragraph 261 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 262:** The allegations of Paragraph 262 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 263:** The allegations of Paragraph 263 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 264:** The allegations of Paragraph 264 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 265:** The allegations of Paragraph 265 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 266:** The allegations of Paragraph 266 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 267:** The allegations of Paragraph 267 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 268:** The allegations of Paragraph 268 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 269:** The allegations of Paragraph 269 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 270:** The allegations of Paragraph 270 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 271:** The allegations of Paragraph 271 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 272:** The allegations of Paragraph 272 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 273:** The allegations of Paragraph 273 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 274:** The allegations of Paragraph 274 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 275:** The allegations of Paragraph 275 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 276:** The allegations of Paragraph 276 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 277:** The allegations of Paragraph 277 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 278:** The allegations of Paragraph 278 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 279:** The allegations of Paragraph 279 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 280:** The allegations of Paragraph 280 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 281:** The allegations of Paragraph 281 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 282:** The allegations of Paragraph 282 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 283:** The allegations of Paragraph 283 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 284:** The allegations of Paragraph 284 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 285:** The allegations of Paragraph 285 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 286:** The allegations of Paragraph 286 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 287:** The allegations of Paragraph 287 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 288:** The allegations of Paragraph 288 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 289:** The allegations of Paragraph 289 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 290:** The allegations of Paragraph 290 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 291:** The allegations of Paragraph 291 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 292:** The allegations of Paragraph 292 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 293:** The allegations of Paragraph 293 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 294:** The allegations of Paragraph 294 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 295:** The allegations of Paragraph 295 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 296:** The allegations of Paragraph 296 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 297:** The allegations of Paragraph 297 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 298:** The allegations of Paragraph 298 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 299:** The allegations of Paragraph 299 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 300:** The allegations of Paragraph 300 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 301:** The allegations of Paragraph 301 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 302:** The allegations of Paragraph 302 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 303:** The allegations of Paragraph 303 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 304:** The allegations of Paragraph 304 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 305:** The allegations of Paragraph 305 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 306:** The allegations of Paragraph 306 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 307:** The allegations of Paragraph 307 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 308:</u>** The allegations of Paragraph 308 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 309:</u>** The allegations of Paragraph 309 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 310:</u>** The allegations of Paragraph 310 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 311:</u>** The allegations of Paragraph 311 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 312:</u>** The allegations of Paragraph 312 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 313:</u>** The allegations of Paragraph 313 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 314:</u>** The allegations of Paragraph 314 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 315:</u>** The allegations of Paragraph 315 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 316:</u>** The allegations of Paragraph 316 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 317:</u>** The allegations of Paragraph 317 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 318:** The allegations of Paragraph 318 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 319:** The allegations of Paragraph 319 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 320:** The allegations of Paragraph 320 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 321:** The allegations of Paragraph 321 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 322:** The allegations of Paragraph 322 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 323:** The allegations of Paragraph 323 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 324:** The allegations of Paragraph 324 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 325:** The allegations of Paragraph 325 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 326:** The allegations of Paragraph 326 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 327:** The allegations of Paragraph 327 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 328:** The allegations of Paragraph 328 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 329:** The allegations of Paragraph 329 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 330:** The allegations of Paragraph 330 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 331:** The allegations of Paragraph 331 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 332:** The allegations of Paragraph 332 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 333:** The allegations of Paragraph 333 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 334:** The allegations of Paragraph 334 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 335:** The allegations of Paragraph 335 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 336:** The allegations of Paragraph 336 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 337:** The allegations of Paragraph 337 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 338:** The allegations of Paragraph 338 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 339:** The allegations of Paragraph 339 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 340:** The allegations of Paragraph 340 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 341:** The allegations of Paragraph 341 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 342:** The allegations of Paragraph 342 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 343:** The allegations of Paragraph 343 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 344:** The allegations of Paragraph 344 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 345:** The allegations of Paragraph 345 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 346:** The allegations of Paragraph 346 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 347:** The allegations of Paragraph 347 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 348:** The allegations of Paragraph 348 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 349:** The allegations of Paragraph 349 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 350:** The allegations of Paragraph 350 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 351:** The allegations of Paragraph 351 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 352:** The allegations of Paragraph 352 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 353:** The allegations of Paragraph 353 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 354:** The allegations of Paragraph 354 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 355:** The allegations of Paragraph 355 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 356:** The allegations of Paragraph 356 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 357:** The allegations of Paragraph 357 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 358:</u>** The allegations of Paragraph 358 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 359:</u>** The allegations of Paragraph 359 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 360:</u>** The allegations of Paragraph 360 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 361:</u>** The allegations of Paragraph 361 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 362:</u>** The allegations of Paragraph 362 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 363:</u>** The allegations of Paragraph 363 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 364:</u>** The allegations of Paragraph 364 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 365:</u>** The allegations of Paragraph 365 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 366:</u>** The allegations of Paragraph 366 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 367:</u>** The allegations of Paragraph 367 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 368:** The allegations of Paragraph 368 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 369:** The allegations of Paragraph 369 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 370:** The allegations of Paragraph 370 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 371:** The allegations of Paragraph 371 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 372:** The allegations of Paragraph 372 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 373:** The allegations of Paragraph 373 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 374:** The allegations of Paragraph 374 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 375:** The allegations of Paragraph 375 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 376:** The allegations of Paragraph 376 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 377:** The allegations of Paragraph 377 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 378:** The allegations of Paragraph 378 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 379:** The allegations of Paragraph 379 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 380:** The allegations of Paragraph 380 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 381:** The allegations of Paragraph 381 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 382:** The allegations of Paragraph 382 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 383:** The allegations of Paragraph 383 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 384:** The allegations of Paragraph 384 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 385:** The allegations of Paragraph 385 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 386:** The allegations of Paragraph 386 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 387:** The allegations of Paragraph 387 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 388:</u>** The allegations of Paragraph 388 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 389:</u>** The allegations of Paragraph 389 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 390:</u>** The allegations of Paragraph 390 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 391:</u>** The allegations of Paragraph 391 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 392:</u>** The allegations of Paragraph 392 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 393:</u>** The allegations of Paragraph 393 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 394:</u>** The allegations of Paragraph 394 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 395:</u>** The allegations of Paragraph 395 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 396:</u>** The allegations of Paragraph 396 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 397:</u>** The allegations of Paragraph 397 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 398:** The allegations of Paragraph 398 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 399:** The allegations of Paragraph 399 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 400:** The allegations of Paragraph 400 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 401:** The allegations of Paragraph 401 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 402:** The allegations of Paragraph 402 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 403:** The allegations of Paragraph 403 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 404:** The allegations of Paragraph 404 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 405:** The allegations of Paragraph 405 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 406:** The allegations of Paragraph 406 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 407:** The allegations of Paragraph 407 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 408:** The allegations of Paragraph 408 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 409:** The allegations of Paragraph 409 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 410:** The allegations of Paragraph 410 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 411:** The allegations of Paragraph 411 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 412:** The allegations of Paragraph 412 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 413:** The allegations of Paragraph 413 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 414:** The allegations of Paragraph 414 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 415:** The allegations of Paragraph 415 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 416:** The allegations of Paragraph 416 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 417:** The allegations of Paragraph 417 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 418:</u>** The allegations of Paragraph 418 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 419:</u>** The allegations of Paragraph 419 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 420:</u>** The allegations of Paragraph 420 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 421:</u>** The allegations of Paragraph 421 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 422:</u>** The allegations of Paragraph 422 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 423:</u>** The allegations of Paragraph 423 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 424:</u>** The allegations of Paragraph 424 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 425:</u>** The allegations of Paragraph 425 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 426:</u>** The allegations of Paragraph 426 are not directed at EY and no response is required.

**<u>ANSWER TO PARAGRAPH 427:</u>** The allegations of Paragraph 427 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 428:** The allegations of Paragraph 428 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 429:** The allegations of Paragraph 429 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 430:** The allegations of Paragraph 430 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 431:** The allegations of Paragraph 431 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 432:** The allegations of Paragraph 432 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 433:** The allegations of Paragraph 433 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 434:** The allegations of Paragraph 434 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 435:** The allegations of Paragraph 435 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 436:** The allegations of Paragraph 436 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 437:** The allegations of Paragraph 437 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 438:** The allegations of Paragraph 438 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 439:** The allegations of Paragraph 439 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 440:** The allegations of Paragraph 440 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 441:** The allegations of Paragraph 441 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 442:** The allegations of Paragraph 442 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 443:** The allegations of Paragraph 443 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 444:** The allegations of Paragraph 444 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 445:** The allegations of Paragraph 445 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 446:** The allegations of Paragraph 446 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 447:** The allegations of Paragraph 447 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 448:** The allegations of Paragraph 448 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 449:** The allegations of Paragraph 449 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 450:** The allegations of Paragraph 450 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 451:** The allegations of Paragraph 451 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 452:** The allegations of Paragraph 452 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 453:** The allegations of Paragraph 453 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 454:** The allegations of Paragraph 454 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 455:** The allegations of Paragraph 455 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 456:** The allegations of Paragraph 456 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 457:** The allegations of Paragraph 457 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 458:** The allegations of Paragraph 458 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 459:** The allegations of Paragraph 459 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 460:** The allegations of Paragraph 460 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 461:** The allegations of Paragraph 461 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 462:** The allegations of Paragraph 462 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 463:** The allegations of Paragraph 463 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 464:** The allegations of Paragraph 464 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 465:** The allegations of Paragraph 465 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 466:** The allegations of Paragraph 466 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 467:** The allegations in the Seventh Cause of Action are not directed at EY and therefore no response is required. To the extent a response is required, EY

denies the allegations of Paragraphs 467-476 to the extent they allege any negligence or wrongdoing by EY.

**ANSWER TO PARAGRAPH 468:** The allegations of Paragraph 468 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 469:** The allegations of Paragraph 469 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 470:** The allegations of Paragraph 470 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 471:** The allegations of Paragraph 471 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 472:** The allegations of Paragraph 472 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 473:** The allegations of Paragraph 473 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 474:** The allegations of Paragraph 474 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 475:** The allegations of Paragraph 475 are not directed at EY and no response is required.

**ANSWER TO PARAGRAPH 476:** The allegations of Paragraph 476 are not directed at EY and no response is required.

**ANSWER to PRAYER FOR RELIEF:** EY denies that Plaintiffs are entitled to any of the relief requested in the TCAC's Prayer for Relief or to any relief whatsoever. EY specifically denies that there is evidentiary support for the allegations made against EY in the Complaint.

**ERNST & YOUNG LLP'S DEFENSES**

In further answer to the Complaint, EY alleges the following additional defenses. In asserting these defenses, defendant does not assume the burden of proof as to matters that, pursuant to law, are plaintiff's burden to prove.

**FIRST DEFENSE**

Plaintiffs have failed to state a claim upon which relief can be granted against EY.

**SECOND DEFENSE**

Plaintiffs' putative class does not satisfy the requirements of Federal Rule of Civil Procedure 23.

**THIRD DEFENSE**

To the extent Plaintiffs' claims against EY rely on statements made in the 2014 Registration Statement other than EY's audit report, those claims fail because, under Section 11, the only portion of the Registration Statement that EY can be liable for is its audit report.

**FOURTH DEFENSE**

Plaintiffs' claims against EY fail because, under Section 11, a defendant can only be liable for material misstatements or omissions in a registration statement that exist when the registration statement becomes effective and there are no such misstatements or omissions as to EY.

**FIFTH DEFENSE**

Plaintiffs' claims against EY fail because EY's audit report is an opinion, and liability for an opinion arises only if Plaintiffs plead and prove subjective falsity, which Plaintiffs cannot do here.

**SIXTH DEFENSE**

EY had, after reasonable investigation, reasonable grounds to believe and did believe at the time the 2014 Registration Statement became effective that any statements which it made were true and that there was no omission to state a material fact required to be stated therein or

necessary to make the statements therein not misleading.

**SEVENTH DEFENSE**

Plaintiffs' claims fail because Plaintiffs cannot trace their purchases of a security to the 2014 Registration Statement.

**EIGHTH DEFENSE**

Plaintiffs' claims against EY are barred in whole or in part by the statute of limitations or the statute of repose.

**NINTH DEFENSE**

As a result of the settlement with the other defendants, any liability of EY is to be reduced by the greater of (a) the amounts received by the Lead Plaintiffs and the purported class or (b) the proportional liability of the settling parties, as well as the underwriters.

**TENTH DEFENSE**

The Court should award fees and costs against the Lead Plaintiffs and the class under 18 USC 1627, as well as Rule 11 of the Federal Rules of Civil Procedure.

**ELEVENTH DEFENSE**

Any member of the putative class who purchased shares of MBII after one year of earning statements were publicly available following the Secondary Offering can not show reliance upon EY's audit report.

**TWELFTH DEFENSE**

Plaintiffs do not have standing to bring this action against EY.

**THIRTEENTH DEFENSE**

Plaintiffs have not sustained any cognizable damages.

**FOURTEENTH DEFENSE**

The alleged misrepresentations and omissions of EY could not and did not cause any of the alleged harm under the doctrines of loss causation.

**FIFTEENTH DEFENSE**

To the extent Plaintiffs have suffered any damages, they have failed to mitigate those damages.

**SIXTEENTH DEFENSE**

Any alleged misstatements or omissions in the 2014 Registration Statement alleged as to EY were in fact true, accurate, and complete, and/or were not material.

**SEVENTEENTH DEFENSE**

Plaintiffs may not recover because, at the time of their acquisition of the shares in MBII, they knew the true facts concerning any alleged misrepresentation or omission.

**EIGHTEENTH DEFENSE**

EY is not liable to Plaintiffs because some or all of the matters alleged that purport to be misrepresentations or omissions were publicly disclosed or were in the public domain and were, thus, available to Plaintiffs.

**NINETEENTH DEFENSE**

Should Plaintiffs recover some of all of their alleged losses through other sources, Plaintiffs are not entitled to double recovery in this litigation.

**TWENTIETH DEFENSE**

Some or all of the Plaintiffs and the members of the purported class, as alleged in the TCAC, have no damages recoverable under Section 11 of the Securities Act because the amount they paid for the securities is not greater than the value thereof at the time suit was brought, the price at which such securities were disposed of in the market before suit, or the price at which such securities were disposed of after suit but before judgment.

**TWENTY-FIRST DEFENSE**

Plaintiffs are not entitled to collect any expenses, attorney fees, or expert fees.

**TWENTY-SECOND DEFENSE**

Additional facts may become known during the course of discovery and investigation that will support affirmative defenses that currently are unknown to EY. To preserve such affirmative defenses, EY hereby incorporates by reference all of the affirmative defenses set forth in Fed. R. Civ. P. 8(c) and 12 and reserves the right to assert additional affirmative defenses as discovery proceeds.

WHEREFORE, ERNST & YOUNG LLP respectfully requests that the Court enter judgment in Ernst & Young LLP's favor and against Plaintiffs on Plaintiffs' Third Amended Class Action Complaint and award Ernst & Young LLP attorneys' fees, damages, costs, and all other relief to which Ernst & Young LLP is justly entitled.

Dated: April 25, 2017

Respectfully submitted,

/s/ *Elizabeth Mann*
Elizabeth Mann

MAYER BROWN LLP
ELIZABETH MANN
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9574
Facsimile: (203) 625-0248

MAYER BROWN LLP
Stanley J. Parzen
71 South Wacker Drive
Chicago, IL 60606
T: (312) 782-0600
F: (312) 701-7711
E: sparzen@mayerbrown.com

*Attorneys for Defendant Ernst & Young LLP*

**CERTIFICATE OF SERVICE**

I, Elizabeth Mann, hereby certify that on April 25, 2017, I caused the foregoing ANSWER AND DEFENSES TO THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Elizabeth Mann*
Elizabeth Mann

*An attorney for Defendant*
*Ernst & Young LLP*