1  MAYER BROWN LLP
   ELIZABETH MANN (SBN 106524)
2   emann@mayerbrown.com
   350 South Grand Avenue, 25th Floor
3  Los Angeles, CA 90071-1503
   Telephone: (213) 229-9500
4  Facsimile:  (213) 625-0248

5  MAYER BROWN LLP
   STANLEY J. PARZEN (*admitted pro hac vice*)
6   sparzen@mayerbrown.com
   71 South Wacker Drive
7  Chicago, IL 60606
   Telephone:  (312) 782-0600
8  Facsimile:  (312) 701-7711

9  Attorneys for Defendant
   ERNST & YOUNG LLP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P., and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP,<br><br>Defendants. | Case No. 2:14-cv-02571-MCE-KJN<br><br>CONSOLIDATED CLASS ACTION<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT ERNST & YOUNG LLP'S MOTION FOR RECONSIDERATION, STAYING DISCOVERY DURING PENDENCY OF MOTION**<br><br>Judge: Hon. Morrison C. England, Jr.<br>TAC Filed: June 1, 2016<br>Trial Date: None set |

Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P. ("Lead Plaintiffs"), additional named plaintiff David M. Fineman ("Fineman" and, together with Lead Plaintiffs, "Plaintiffs"), and Defendant Ernst & Young LLP ("EY" or "DefendantDated:  November 14, 2017

" and, together with Plaintiffs, the "Parties"), by and through undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Defendant filed a Motion to Reconsider the Denial of its Motion to Dismiss or in the Alternative Certify an Interlocutory Appeal (the "Reconsideration Motion") on November 2, 2017 (ECF No. 113);

WHEREAS, the hearing on the Reconsideration Motion, previously scheduled for November 30, 2017, has by Order of the Court been vacated and submitted without appearance and argument subject to further order of the Court (ECF No. 114);

WHEREAS, upon Plaintiffs' request, the Parties met and conferred to set a mutually agreeable schedule to complete the briefing of the Reconsideration Motion;

WHEREAS, the Parties agree to the following briefing schedule:

- Plaintiffs will file their opposition to the Reconsideration Motion on or before December 18, 2017;
- Defendant will file its reply on or before January 18, 2018;

WHEREAS, if the Court determines that a hearing is necessary on the Reconsideration Motion, the Parties agree to set the hearing for January 25, 2018, or on a day thereafter that is convenient for the Court;

WHEREAS, all discovery in this action, including but not limited to the filing of a Rule 26(f) discovery plan and/or responding to the discovery-related topics in the Order Requiring Joint Status Report, has been stayed by the parties' so ordered Stipulation (*see* ECF No. 112), which stay concluded on October 30, 2017;

WHEREAS, the parties have met and conferred concerning discovery, and agree that the interests of all parties and judicial efficiency will be served by continuing a stay of discovery

while the Reconsideration Motion is pending, including because the Reconsideration Motion seeks reconsideration of Defendant's Motion to Dismiss, which implicated the automatic stay of discovery under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)(B), and to accommodate counsels' previously scheduled trial obligations.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record, as follows:

1. Plaintiffs will file their opposition to the Reconsideration Motion on or before December 18, 2017;

2. Defendant's reply is due on or before January 18, 2018;

3. Should the Court determine that a hearing is necessary on the Motion, the hearing will be set for January 25, 2018, or a day thereafter that is convenient for the Court.

4. For the benefit of the Parties and in the interests of judicial efficiency, and in light of 15 U.S.C. § 78u-4(b)(3)(B), all discovery in this action, including but not limited to the filing of a Rule 26(f) discovery plan and/or responding to the discovery-related topics in the Order Requiring Joint Status Report, is stayed while the Reconsideration Motion is pending.

5. If the Court denies the Reconsideration Motion, the parties shall meet and confer concerning discovery within ten (10) days after the Court's order, and within twenty (20) days after that submit a Rule 26(f) discovery plan to the Court and/or respond to the discovery-related topics in the Order Requiring Joint Status Report.

///
///
///
///
///
///
///
///

6. In the event the Court declines to approve this stipulation, the Parties shall have thirty (30) days from said denial to submit a Rule 26(f) discovery plan to the Court and/or respond to the discovery-related topics in the Order Requiring Joint Status Report.

Dated: November 9, 2017 **LOWENSTEIN SANDLER LLP**

By: /s/ *Steven M. Hecht*
Steven M. Hecht
(as authorized on November 8, 2017)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 262-6700
Fax: (212) 262-7402
shecht@lowenstein.com

*Counsel for Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P., and additional named Plaintiff David M. Fineman*

Dated: November 9, 2017 **MAYER BROWN LLP**

By: /s/ *Elizabeth Mann*
Elizabeth Mann
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (310) 500-4600
Facsimile: (213) 625-0248
*emann@mayerbrown.com*

*Counsel for Defendant Ernst & Young LLP*

**ORDER**

IT IS SO ORDERED.

DATED: November 14, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE