Katie Glynn (#300524)
**LOWENSTEIN SANDLER LLP**
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650-433-5800
kglynn@lowenstein.com

*Counsel for Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P. and additional named Plaintiff David M. Fineman and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P, and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP,<br><br>Defendants. | Master No.: 2:14-cv-2571-MCE-KJN<br><br>Hon. Morrison C. England, Jr.<br><br>CONSOLIDATED CLASS ACTION<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
MASTER FILE No. 2:14-cv-2571-MCE-KJN

1    Upon consideration of Lead Plaintiffs' Motion for Leave to Withdraw as Counsel, and
2    for good cause shown, it is HEREBY ORDERED THAT Michael J. McGaughey is hereby
3    withdrawn as a counsel of record. The Clerk of the Court is directed to remove Mr.
4    McGaughey from the electronic docket as well as the ECF Service List. Lead Plaintiffs
5    continue to be represented by the law firm of Lowenstein Sandler LLP, Court-appointed Lead
6    Counsel in this consolidated class action. The Motion filed at ECF No. 120 is DENIED as moot
7    and the January 25, 2018, hearing is VACATED.
8    IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE