**LOWENSTEIN SANDLER LLP**
Katie Glynn
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650.433.5800
Fax: 650.328.2799
kglynn@lowenstein.com

*Counsel for Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P.*

(additional counsel on signature page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P. and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKENDANZ, and ERNST & YOUNG LLP,<br><br>Defendants. | Case No. 2:14-cv-02571-MCE-KJN<br><br>CONSOLIDATED CLASS ACTION<br><br>**STIPULATION AND ORDER SETTING DATE TO FILE CLASS CERTIFICATION MOTION**<br><br>Judge: Hon. Morrison C. England, Jr.<br>TAC Filed: June 1, 2016<br>Trial Date: None Set |

STIPULATION AND ORDER
CONCERNING CLASS CERTIFICATION MOTION
MASTER NO. 14-cv-2571-MCE-KJN

Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P. ("Lead Plaintiffs"), and Defendant Ernst & Young LLP ("EY" or "Defendant" and, together with Plaintiffs, the "Parties"), by and through undersigned counsel, hereby recite and stipulate the following as concerns Lead Plaintiffs' forthcoming motion for class certification.

## RECITALS

WHEREAS, pursuant to the Court's Order Requiring Joint Status Report (D.E. 22) and Rule 26(f) of the Federal Rules of Civil Procedure, the Parties filed their Joint Status Report on July 30, 2018 (D.E. 125);

WHEREAS, the Joint Status Report sets forth the Parties' alternative scheduling proposals with respect to Lead Plaintiffs' forthcoming motion for class certification;

WHEREAS, EY proposes that, *inter alia*, Lead Plaintiffs shall file their motion for class certification on or before September 14, 2018;

WHEREAS, Lead Plaintiffs propose that, *inter alia*, they file their motion for class certification on or before September 28, 2018;

WHEREAS, the Parties wish to avoid unnecessary confusion or dispute over the date by which Lead Plaintiffs shall file their motion for class certification;

WHEREAS, this stipulation does not amend any other discovery or case management deadline set forth in the Parties' Joint Status Report;

WHEREAS, the statements made in this Stipulation are for the purposes of this Stipulation alone and are not otherwise admissible for any other purpose.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record, as follows:

1. Notwithstanding anything to the contrary in the Parties' Joint Status Report or any current or forthcoming Pretrial Scheduling Order, Lead Plaintiffs shall file their motion for class certification on or before September 21, 2018.

2. All other agreed-upon deadlines in the Joint Status Report remain in force and effect, pending the Court's entry of a Pretrial Scheduling Order.

STIPULATION AND [PROPOSED] ORDER
CONCERNING CLASS CERTIFICATION MOTION
MASTER NO. 14-cv-2571-MCE-KJN

Dated: September 14, 2018

**LOWENSTEIN SANDLER LLP**

By: /s/ *Katie Glynn*
Katie Glynn
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650.433.5800
kglynn@lowenstein.com

Lawrence M. Rolnick (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 262-6700
lrolnick@lowenstein.com

*Counsel for Lead Plaintiffs*

Dated: September 14, 2018

**MAYER BROWN LLP**

By: /s/ *Elizabeth Mann*
Elizabeth Mann (as authorized on September 14, 2018)
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (310) 500-4600
emann@mayerbrown.com

Stanley J. Parzen (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
sparzen@mayerbrown.com

*Counsel for Defendant Ernst & Young LLP*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the stipulation of the parties and good cause having been shown, |
| 3 | notwithstanding anything to the contrary in the Parties' Joint Status Report, Lead Plaintiffs shall |
| 4 | file their motion for class certification on or before September 21, 2018. |
| 5 | 1. All other agreed-upon deadlines in the Court's Pretrial Scheduling Order (ECF No. |
| 6 | 127) shall remain in effect. |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: September 25, 2018 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE