BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P, and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP,<br><br>Defendant. | Case No. 2:14-cv-02571-MCE-KJN<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

Upon consideration of Defendant Hector M. Absi, Jr.'s ("Mr. Absi") Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT John V. McDermott is hereby withdrawn as counsel of record. The Clerk of the Court is directed to remove Mr. McDermott from the electronic docket as well as the ECF Service List. Defendant Mr. Absi will continue to be represented by Jonathan C. Sandler of the law firm of Brownstein Hyatt Farber Schreck, LLP in this action.

IT IS SO ORDERED.

Dated: October 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE