**LOWENSTEIN SANDLER LLP**
Katie Glynn
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 433-5800
Fax: (650) 328-2799
kglynn@lowenstein.com

*Counsel for Lead Plaintiffs and
    Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P, and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP,<br><br>Defendants. | Master No.: 2:14-cv-2571-MCE-KJN<br><br>Hon. Morrison C. England, Jr.<br><br>CONSOLIDATED CLASS ACTION<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, (II) CERTIFICATION OF THE SETTLEMENT CLASS, AND (III) APPROVAL OF NOTICE**<br><br>Date: February 21, 2019<br>Time: 2:00 p.m.<br>Place: 501 I Street, Courtroom 7<br>        Sacramento, CA 95814 |

NOTICE OF UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
MASTER FILE No. 2:14-cv-2571-MCE-KJN

1  **TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

2  **PLEASE TAKE NOTICE** that upon the Stipulation and Agreement of Settlement

3  dated January 14, 2019 (the "Stipulation"),[1] attached hereto as Exhibit A, the accompanying

4  Memorandum of Law filed simultaneously herewith, and all prior proceedings in this action,

5  Lead Plaintiffs Special Situations Fund III QP, L.P. ("Fund III") and Special Situations Cayman

6  Fund, L.P. ("Cayman Fund") (collectively, "the Funds" or "Lead Plaintiffs"), will move and

7  hereby do move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court before

8  the Honorable Morrison C. England, Jr. at the United States District Court, Eastern District of

9  California, 501 I Street, Courtroom 7, 14th Floor, Sacramento, CA 95814, on February 21, 2019,

10 at 2:00 p.m., for an order granting:

11     (1)    Preliminary approval of the proposed Settlement on the terms set forth in the Stipulation;

12

13     (2)    Certification of the Proposed Settlement Class for purposes of the Settlement;

14     (3)    Approval of the form, content and manner of the class notices to the Settlement Class Members.

15

16 Pursuant to the terms of the Stipulation, this motion is unopposed by the Defendant

17 Ernst & Young LLP.  The Settling Parties' agreed-upon form of [Proposed] Preliminary

18 Approval Order, with exhibits thereto, is attached as Exhibit B to this Notice of Motion and has

19 been provided to the Court (without exhibits) pursuant to the instructions set forth in Local Rule

20 137(b).

21

22 Dated: January 24, 2019

23                                           Respectfully Submitted,

24                                           /s/ *Katie Glynn*

25                                           Katie Glynn
                                          **LOWENSTEIN SANDLER LLP**

26                                           390 Lytton Avenue

27 ───────────────────────

28 [1] All capitalized terms used herein and not otherwise defined herein shall have the meanings given to them in the Stipulation.

NOTICE OF UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
MASTER FILE No. 2:14-cv-2571-MCE-KJN

-1-

Palo Alto, CA 94301
Telephone: (650) 433-5800
Fax: (650) 328-2799
kglynn@lowenstein.com

*Counsel for Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P. and Lead Counsel for the Class*

NOTICE OF UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
MASTER FILE No. 2:14-cv-2571-MCE-KJN

-2-