**LOWENSTEIN SANDLER LLP**
Katie Glynn
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 433-5800
Fax: (650) 328-2799
kglynn@lowenstein.com

*Counsel for Lead Plaintiffs and*
  *Lead Counsel for the Class*

(additional counsel on signature page)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P, and DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP,<br><br>Defendants. | Master No.: 2:14-cv-2571-MCE-KJN<br><br>Hon. Morrison C. England, Jr.<br><br>CONSOLIDATED CLASS ACTION<br><br>**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Date: July 25, 2019<br>Time: 2:00 p.m.<br>Place: 501 I Street, Courtroom 7<br>       Sacramento, CA 95814 |

NOTICE OF MOTION FOR AN AWARD OF FEES
AN REIMBURSEMENT OF EXPENSES
MASTER FILE No. 2:14-cv-2571-MCE-KJN

1  **TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

2  **PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 23(e) and (h) and this Court's February 14, 2019 Order Preliminary Approving Proposed Settlement and Providing for Notice (ECF No. 138), and upon (i) the Declaration of Lawrence M. Rolnick in Support of (A) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement, and (B) Lead Counsel's Motion for an Award of Attorney's Fees and Reimbursement of Litigation Expenses; (ii) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (iii) all other papers and proceedings herein, Court-appointed Lead Counsel will move and hereby do move this Court, before the Honorable Morrison C. England, Jr. at the United States District Court, Eastern District of California, 501 I Street, Courtroom 7, 14th Floor, Sacramento, CA 95814, on July 25, 2019 at 2:00 p.m., for an Order awarding attorney's fees and reimbursement of Lead Counsel's litigation expenses.  A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers after the deadline for objecting to this motion has passed.

Dated: June 27, 2019

Respectfully submitted,

/s/ *Katie Glynn*
KATIE GLYNN
**LOWENSTEIN SANDLER LLP**
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 433-5800
Fax: (650) 328-2799
kglynn@lowenstein.com

*Counsel for Lead Plaintiffs Special Situations Fund III QP, L.P. and Special Situations Cayman Fund, L.P. and Lead Counsel for the Class*

Appearance *pro hac vice*:
LAWRENCE M. ROLNICK
BRANDON FIERRO (*pro hac vice* application forthcoming)
**LOWENSTEIN SANDLER LLP**

NOTICE OF MOTION FOR AN AWARD OF FEES
AN REIMBURSEMENT OF EXPENSES
MASTER FILE No. 2:14-cv-2571-MCE-KJN

-1-

-2-

| | |
|---|---|
| 1 | 1251 Avenue of the Americas<br>New York, NY 10020 |
| 2 | E-mail: lrolnick@lowenstein.com |
| 3 | - and - |
| 4 | THOMAS E. REDBURN, JR.<br>**LOWENSTEIN SANDLER LLP** |
| 5 | One Lowenstein Drive<br>Roseland, NJ 07068 |
| 6 | Telephone: 646-414-6902 |
| 7 | Fax: 973-597-2381<br>E-mail: tredburn@lowenstein.com |

NOTICE OF MOTION FOR AN AWARD OF FEES
AN REIMBURSEMENT OF EXPENSES
MASTER FILE No. 2:14-cv-2571-MCE-KJN

-2-