BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P., AND DAVID M. FINEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, JAMES B. BOYD, DONALD J. GLIDEWELL, HECTOR ABSI, ELIN MILLER, RANJEET BHATIA, PAMELA CONTAG, TIM FOGARTY, LAWRENCE HOUGH, JOSEPH HUDSON, LES LYMAN, RICHARD ROMINGER, SHAUGN STANLEY, SEAN SCHICKEDANZ, and ERNST & YOUNG LLP,<br><br>Defendants. | Case No. 2:14-cv-2571 MCE-KJN<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT JULY 25, 2019 HEARING FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

Upon consideration of the Request to Appear Telephonically, it is HEREBY ORDERED THAT Jonathan C. Sandler of Brownstein Hyatt Farber Schreck, LLP, as counsel of record for Defendant Hector Absi, may appear telephonically at the hearing on Lead Plaintiffs' Motion for Final Approval of Class Action Settlement scheduled for July 25, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated: July 17, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE