# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SPECIAL SITUATIONS FUND III QP, L.P., ET AL.,**

CASE NO: **2:14−CV−02571−MCE−KJN**

v.

**MARRONE BIO INNOVATIONS, INC., ET AL.,**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/24/19**

**Marianne Matherly**
Clerk of Court

ENTERED: **July 24, 2019**

by: /s/ R. Becknal
Deputy Clerk